AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| **DEREK KINNISON** | ) Case No. |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    **DEREK KINNISON**

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1512(k)(Conspiracy to Obstruct an Official Proceeding); 18 U.S.C. § 1512(c)(2), 2 (Obstruction of an Official Proceeding and Aiding and Abetting); 18 U.S.C. § 1752(a)(1)(Restricted Building or Grounds);18 U.S.C. § 1752 (a)(2) (Restricted Building or Grounds); 18 U.S.C. § 1512(c)(1) (Tampering with Documents or Proceedings).

Date: 06/09/2021

Zia M. Faruqui
2021.06.09
16:54:18 -04'00'

*Issuing officer's signature*

City and state: Washington, D.C.                    Zia M. Faruqui, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 06/09/2021, and the person was arrested on *(date)* 06/10/2021
at *(city and state)* Riverside, CA.

Date: 06/10/2021

*Arresting officer's signature*

Special Agent Erin Norwood
*Printed name and title*