# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| v. | ) |
| | ) **Case No. 1:21-cr-00392-RCL** |
| **DEREK KINNISON,** | ) |
| | ) **COURT ORDER** |
| Defendant. | ) |
| | ) |

This Court, having considered the Motion for *Pro Hac Vice* Admission of Nicolaie Cocis, and good cause having been shown, it is **ORDERED** that the Motion for *Pro Hac Vice* Admission is **GRANTED**; and it is **FURTHER ORDERED** that Nicolaie Cocis shall be permitted to appear and be heard on behalf of the Defendant, Derek Kinnison, in the above-captioned matter without the presence of local counsel.

**SO ORDERED.**

_____
Royce C. Lamberth,
United States District Judge