UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**         ) | |
| )  | |
| v.                                                           ) | |
| )  | Case No. 1:21-cr-00392-RCL |
| **DEREK KINNISON,**                              ) | |
| )  | |
| **Defendant.**           ) | |
| _____) | |

### *PRO HAC VICE* DECLARATION OF NICOLAIE COCIS

I, Nicolaie Cocis, make the following declaration in support of the Motion For *Pro Hac Vice* Admission submitted by Attorney Allen H. Orenberg:

1. My full name is Nicolaie Cocis.

2. My office address is: 25026 Las Brisas Rd., Murrieta, CA 92562, with a telephone number of (951) 695-1400. My email address is: nic@cocislaw.com

3. I have been admitted to the following State & Federal Bars: California State Bar, U.S. Supreme Court, Ninth Circuit Court of Appeals, U.S. District Court for the Central District of California, U.S. District Court for the Southern District of California, U.S. District Court for the Northern District of California, and U.S. District Court for the Eastern District of California.

4. I have not been disciplined by any Bar.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I hereby affirm that the foregoing Declaration is true and correct to the best of my knowledge and belief.

Date:   July 26, 2021			Respectfully submitted,

_/s/ Nicolaie Cocis_

Nicolaie Coćis,
25026 Las Brisas Rd.
Murrieta, CA 92562
Tel: (951) 695-1400
nic@cocislaw.com