UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:21-cr-00392-RCL |
| DEREK KINNISON, ) | |
| ) | COURT ORDER |
| Defendant. ) | |
| ) | |

This Court, having considered the Motion [46] for *Pro Hac Vice* Admission of Nicolaie Cocis, and good cause having been shown, it is **ORDERED** that the Motion for *Pro Hac Vice* Admission is **GRANTED**; and it is **FURTHER ORDERED** that Nicolaie Cocis shall be permitted to appear and be heard on behalf of the Defendant, Derek Kinnison, in the above-captioned matter without the presence of local counsel.

**SO ORDERED.**

Date: July 29, 2021

/s/ Royce C. Lamberth
ROYCE C. LAMBERTH
United States District Judge