NOTICE OF APPEARANCE IN A CRIMINAL CASE

## CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C.   20001

UNITED STATES OF AMERICA

vs.                                                   Criminal Number  1:21-cr-00392-RCL

Derek Kinnison
_____
(Defendant)

TO:    ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐   CJA            ☒   RETAINED            ☐   FEDERAL PUBLIC DEFENDER

_____
*(Signature)*

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Nicolaie Cocis (California #204703)* Pro Hac Vice
_____
*(Attorney & Bar ID Number)*
Law Office of Nicolaie Cocis
_____
*(Firm Name)*
25026 Las Brisas Rd.
_____
*(Street Address)*
Murrieta, CA 92562
_____
*(City)          (State)          (Zip)*
951-695-1400
_____
*(Telephone Number)*