UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

ALAN HOSTETTER, *et al.*,

Defendants.

Case No. 1:21-cr-392-RCL

## ORDER

The Court finds it in the interest of justice to toll the speedy trial clock from October 4, 2021 until December 3, 2021 for defendants Russell Taylor, Erik Scott Warner, Felipe Antonio Martinez, Derek Kinnison, and Ronald Mele. Defendant Alan Hostetter refuses to consent to tolling of the speedy trial clock and has moved for a speedy trial. Accordingly, the Court **ORDERS** that Hostetter file any pretrial motions within ten days of this order.

**IT IS SO ORDERED.**

Date: 10/6/21

Royce C. Lamberth
United States District Judge