```
                    IN THE UNITED STATES DISTRICT COURT
                         FOR THE DISTRICT OF COLUMBIA
     - - - - - - - - - - - - - - - - - x
     THE UNITED STATES OF AMERICA,
                                              Criminal Action No.
                    Plaintiff,                1:21-cr-00392-RCL
                                              Friday, February 4, 2022
     vs.                                      1:25 p.m.

     ALAN HOSTETTER, RUSSELL TAYLOR,
     ERIK SCOTT WARNER, FELIPE
     ANTONIO MARTINEZ, DEREK KINNISON,
     and RONALD MELE,

                    Defendant(s).
     - - - - - - - - - - - - - - - - - x
     _____

                       TRANSCRIPT OF STATUS HEARING
              HELD BEFORE THE HONORABLE ROYCE C. LAMBERTH
                       UNITED STATES DISTRICT JUDGE
     _____
     APPEARANCES:
     For the United States:     KATHERINE NIELSEN, ESQ.
                                DOJ-CRM
                                Fraud Section
                                1400 New York Ave., NW
                                Washington, DC 20530
                                (202) 355-5736
                                katherine.nielsen@usdoj.gov

     For Defendant Hostetter:   ALAN HOSTETTER, Pro Se

                                KARREN KENNEY, ESQ.
                                KENNEY LEGAL DEFENSE
                                2900 Bristol Street, Suite C204
                                Costa Mesa, CA 92626
                                (855) 505-5588
                                kenneylegaldefensecorp@gmail.com

     For Defendant Taylor:      DYKE HUISH, ESQ.
                                LAW OFFICE OF DYKE HUISH
                                26161 Marguerite Parkway,
                                Mission Viejo, CA 92692
                                (949) 257-3068
                                huishlaw@mac.com


     (CONTINUED ON NEXT PAGE)
```

```
 1      APPEARANCES (CONTINUED):

 2      For Defendant Warner:       KIRA ANNE WEST, ESQ.
                                    LAW OFFICE OF KIRA WEST
 3                                  712 H St, NE, Unit 509
                                    Washington, DC 20002
 4                                  (202) 236-2042
                                    kiraannewest@gmail.com
 5
        For Defendant Martinez:     NICHOLAS D. SMITH, ESQ.
 6                                  DAVID B. SMITH, PLLC
                                    7 East 20th Street, Suite 4r
 7                                  New York, NY 10003
                                    (917) 902-3869
 8                                  nds@davidbsmithpllc.com

 9      For Defendant Kinnison:     NICOLAI COCIS, ESQ.
                                    LAW OFFICE OF NICOLAI COCIS
10                                  25026 Las Brisas Road
                                    Murrieta, CA 92562
11                                  (951) 695-1400
                                    nic@cocislaw.com
12
        For Defendant Mele:         STEVEN C. BAILEY, ESQ.
13                                  BAILEY & ROMERO LAW
                                    680 Placerville Drive, Suite A1
14                                  Placerville, CA 95667
                                    (530) 212-3407
15                                  steven@stevencbailey.org

16
        Court Reporter:             Lisa A. Moreira, RDR, CRR
17                                  Official Court Reporter
                                    U.S. Courthouse, Room 6718
18                                  333 Constitution Avenue, NW
                                    Washington, DC  20001
19                                  (202) 354-3187

20

21

22

23

24

25
```

```
 1                    P R O C E E D I N G S
 2              THE COURTROOM DEPUTY:  This Honorable Court is now
 3     in session.  The Honorable Judge Royce C. Lamberth is
 4     presiding.
 5              Good afternoon, Your Honor.  We're here for a
 6     criminal status conference in 21-392, The United States of
 7     America vs. Alan Hostetter, Russell Taylor, Erik Scott
 8     Warner, Felipe Antonio Martinez, Derrick Kinnison and Ronald
 9     Mele.
10              Starting with counsel for the government, please
11     identify yourself for the record.
12              MS. NIELSEN:  Good afternoon, Your Honor; this is
13     Katherine Nielsen on behalf of the United States.
14              THE COURTROOM DEPUTY:  And in order of the
15     defendants, please, Counsel, introduce yourselves for the
16     record.
17              DEFENDANT HOSTETTER:  This is Alan Hostetter
18     representing myself pro se with advisory counsel, Karren
19     Kenney, also present in the court.
20              MR. HUISH:  Good afternoon, Your Honor; Dyke Huish
21     on behalf of Russell Taylor.  He's also appearing via Zoom.
22              MS. WEST:  Good afternoon, Your Honor; Kira Anne
23     West for Mr Erik Warner, who is present proceeding via
24     videoconference pursuant to the chief judge's order.
25              MR. COCIS:  Good afternoon, Your Honor; Nic Cocis
```

1    on behalf of Mr. Kinnison.  Mr. Kinnison is in the same box
2    and room with me.  We're here.
3              DEFENDANT KINNISON:  Good morning.
4              MR. SMITH:  Good afternoon, Judge; Nick Smith on
5    behalf of Felipe Antonio Martinez.
6              MR. BAILEY:  Your Honor, Steven Bailey on behalf
7    of Ronald Mele, who is present on video.
8              THE COURT:  Okay.
9              All right.  Ms. Nielsen, do you want to give me
10   the current status then?
11             MS. NIELSEN:  Your Honor, I think -- I'm having a
12   little trouble hearing you, but I think you asked for the
13   status, so I will give you the status.
14             THE COURT:  I did.
15             MS. NIELSEN:  So, Your Honor, since our last --
16   since our last meeting, the government has provided four
17   additional productions of global discovery that included a
18   number of reports from the U.S. Capitol Police as well as
19   the MPD.  There were -- these also included videos from
20   Metropolitan Police Department as well as from the
21   congressional recording studios, and also regular
22   communications from some of the police departments that
23   assisted the Capitol Police on January 6th as well as the
24   Capitol Police, thousands of tips that were provided to the
25   authorities, and an additional over a thousand files of

1    body-worn camera footage.
2            Our recent global productions have been
3    highlighted -- that we have highlighted to the defense are
4    going forward on the Relativity database that has been made
5    available to the defense in their own instants as well as
6    Evidence.com, and the government's provided instructions on
7    how to gain access to these databases, which will be used
8    exclusively going forward due to the large amounts of data
9    as well as the size of some of the files, including the
10   video and audio files.
11           In order to assist the defense in reviewing the
12   documents and the materials that have been provided, we have
13   also provided pointers on how to review the voluminous
14   material, including a body-worn camera summary spreadsheet
15   that provides information related to locating relevant body-
16   worn camera footage from responding law enforcement agencies
17   as well as a U.S. Capitol Police timeline of events for
18   January 6th.
19           The government has provided counsel in this case
20   with ten productions of specific discovery related
21   specifically to these six defendants.  Most recently
22   production was made yesterday of more than 150 files related
23   to other individuals who communicated about their travel to
24   the Capitol with certain defendants on January 6th.
25   However, prior productions have included files and materials

1     related to all six defendants, including search warrant
2     materials, the materials underlying the indictment, the
3     recorded statements of defendants, CCTV footage from the
4     Capitol, the images of digital devices that were seized from
5     the defendants, and various reports and other materials from
6     the FBI.
7              Currently there are three motions before the
8     Court.  Mr. Hostetter filed a motion to dismiss and a motion
9     to sever, ECF 99 and 100, which were filed on December 6th.
10    The government filed its opposition on January 7th to both
11    motions, and I believe Mr. Mele has a motion to relocate
12    that is also pending before the Court.
13             At this point I would like to add one additional
14    or I guess two additional motions for the Court.  The
15    government at this time is requesting an additional
16    continuance for 60 days and exclusion of time under the
17    Speedy Trial Act during that 60-day period so that we can
18    continue to provide discovery in this case and to engage in
19    plea negotiations with the defendants.
20             The exclusion of time under the Speedy Trial Act
21    the government requests based on both the Chief Judge's
22    Standing Order 21-79 filed on December 13, 2021, which tolls
23    the time to February 18, 2022, in all cases that can't be
24    tried consistent with health and safety protocols, and also
25    we would again point out -- although the Court, I'm sure,

1    knows -- that this is one of the largest investigations in
2    DOJ history with over 700 defendants currently charged, and
3    while we have diligently provided as much material as we can
4    as fast as we can, there are still some additional items
5    that need to be produced in this case.  And the government
6    would, therefore, ask the Court to find that the interests
7    of justice are served by tolling the time for the 60 days.
8            The government has conferred with counsel for
9    Mr. Taylor, Mr. Warner, Mr. Kinnison, Mr. Martinez, and
10   Mr. Mele and does not expect any objection from those
11   individuals or those counsel related to this motion.
12           The government conferred with Mr. Hostetter, and
13   while the government understands that Mr. Hostetter does not
14   concur in the request for the 60 days continuance, the
15   government notes for the Court that time is tolled for
16   Mr. Hostetter at this point due to the pendency of his
17   motions and his joinder with his co-defendants.
18           THE COURT:  Okay.  I do understand Mr. Mele has
19   this outstanding motion, and I do have from Mr. Bailey a
20   proposed order that I'll sign today granting the move-away
21   that I received this morning, so that will take care of that
22   particular order.
23           I do understand I have the two motions from
24   Mr. Hostetter that I have to address and have not yet had an
25   opportunity to address.

```
 1                  I failed to ask, is Ms. Kenney on the line as
 2     well, stand-by counsel for Mr. Hostetter?
 3                  MS. KENNEY:  Yes, Your Honor, I am present.
 4                  THE COURT:  Okay.  I just wanted to be sure you
 5     were on the line.
 6                  All right.  I have -- let me start backwards then
 7     with counsel.
 8                  Mr. Bailey for Mr. Mele, did you want to add any
 9     other comments in today?
10                  MR. BAILEY:  No, Your Honor, and we do not oppose
11     the continuance.
12                  THE COURT:  Okay.  And Mr. Kinnison's counsel?
13                  MR. COCIS:  No, Your Honor, Mr. Kinnison does not
14     oppose the continuance as well.
15                  THE COURT:  Okay.  And Mr. Martinez -- Mr. Smith
16     for Mr. Martinez?
17                  MR. SMITH:  Judge, Mr. Martinez is not opposed to
18     a continuance.
19                  THE COURT:  Okay.  And Ms. West for Mr. Warner?
20                  MS. WEST:  Good afternoon, Your Honor.  No, we do
21     not oppose the continuance, and I just wanted to add that I
22     have been discussing discovery with the government.  I'm
23     having some issues downloading a couple of files, and I will
24     be sending them a hard drive so that they can download those
25     for me.  USAFX doesn't always work.
```

1          THE COURT:  Okay.  I'm not surprised at that.
2     With the volume of the materials I'm sure there are going to
3     be difficulties sometimes.
4          Mr. Huish for Mr. Taylor?
5          MR. HUISH:  Thank you, Your Honor.  We do not
6     oppose.
7          THE COURT:  Okay.  Mr. Hostetter, anything
8     additional you want to add?
9          DEFENDANT HOSTETTER:  Sir, I would like to
10    continue to pursue my right to a speedy trial and oppose the
11    continuance.
12         THE COURT:  Okay.
13         All right.  We will -- I'll grant the motion
14    to continue under the speedy trial.  It's tolled as to
15    Mr. Hostetter anyway until I can deal with his pending
16    motions, and without objection from the other defendants it
17    will be tolled.  Let's see what date we can set.
18         (Pause)
19         How does April 5th at 1:30 look?
20         MS. NIELSEN:  Your Honor, this is Katherine
21    Nielsen for the government.  Unfortunately I have a trial
22    that begins on April 4th.  Would it be possible to do it
23    either the week before or the week after?
24         THE COURT:  Let me look here.  I think we could do
25    it March 31st.

1                    MS. NIELSEN:  Thank you, Your Honor.  That's fine
2       for the government.
3                    THE COURT:  Any other counsel have a conflict with
4       March 31st at 1:30?
5                    MR. COCIS:  No, Your Honor, on behalf of
6       Mr. Kinnison.
7                    MR. HUISH:  No on behalf of Mr. Taylor.
8                    MS. WEST:  No on behalf of Mr. Warner.
9                    MR. BAILEY:  No problem on behalf of Mr. Mele.
10                   MR. SMITH:  Mr. Martinez has no objection.
11                   THE COURT:  Mr. Hostetter, any problems with March
12      31st at 1:30?
13                   DEFENDANT HOSTETTER:  I'm sorry, Your Honor, no
14      problem at all.  I can be here.
15                   THE COURT:  Okay.
16                   All right.  I'll continue this, then, and find
17      that it's in the interest of justice to toll speedy trial to
18      give everybody an opportunity to be further down the road in
19      discovery and for any other discussions, and that is until
20      the status on March 31st at 1:30.
21                   And, Mr. Hostetter, I take it you're not filing a
22      reply, not having seen one on the pending motions, so that
23      those motions are ripe for the Court to look at them and
24      either have a hearing or not; am I correct?
25                   DEFENDANT HOSTETTER:  Yes, sir, that is correct.

1          THE COURT: Okay.
2          All right. Anything anybody else wants to raise
3    today?
4          MS. NIELSEN: Yes, Your Honor, this is Katherine
5    Nielsen for the government.
6          The government would just like to ask the Court to
7    admonish Mr. Hostetter regarding his use of materials on
8    file -- that he files with his motions and things on the
9    ECF and Pacer. We've noted that some of the materials that
10   Mr. Hostetter filed with his motion to dismiss were under
11   seal at the time, and so we would just ask the Court to
12   admonish Mr. Hostetter to review and abide by the
13   requirements of the protective order and the other orders in
14   this matter.
15         THE COURT: All right. You might review the
16   protective order again, Mr. Hostetter. Make sure you're in
17   compliance.
18         DEFENDANT HOSTETTER: Yes, sir, I will do that.
19         THE COURT: All right. Thank you.
20         Okay. Thank you very much, Counsel.
21         You might talk to Ms. Kenney about it, if there
22   are any questions about what the protective order requires,
23   Mr. Hostetter. I'm sure she can help you work through that.
24         DEFENDANT HOSTETTER: Thank you, sir.
25         THE COURT: The Court will be in recess.

MS. WEST: Good afternoon, Your Honor.

THE COURTROOM DEPUTY: This Honorable Court is adjourned.

(Whereupon the hearing was concluded at 1:38 p.m.)

**CERTIFICATE OF OFFICIAL COURT REPORTER**

I, LISA A. MOREIRA, RDR, CRR, do hereby certify that the above and foregoing constitutes a true and accurate transcript of my stenographic notes and is a full, true and complete transcript of the proceedings to the best of my ability.

**NOTE:** This hearing was held remotely by Zoom or some other virtual platform and is subject to the technological limitations of court reporting remotely.

Dated this 18th day of February, 2022.

/s/Lisa A. Moreira, RDR, CRR
Official Court Reporter
United States Courthouse
Room 6718
333 Constitution Avenue, NW
Washington, DC 20001