CJA-23
(Rev 3/21)

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

IN THE UNITED STATES  ☐ DISTRICT COURT  ☐ COURT OF APPEALS  ☐ OTHER *(Specify Below)*
IN THE CASE OF

FOR _____
AT _____

LOCATION NUMBER

_____ V. _____

PERSON REPRESENTED *(Show your full name)*

1 ☐ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other *(Specify)* _____

DOCKET NUMBERS
Magistrate Judge

District Court

Court of Appeals

CHARGE/OFFENSE *(Describe if applicable & check box→)*   ☐ Felony   ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**
Do you have a job? ☒ Yes  ☐ No
IF YES, how much do you earn per month? $ 2,500
Will you still have a job after this arrest? ☐ Yes  ☐ No  ☒ Unknown

**PROPERTY**
Do you own any of the following, and if so, what is it worth?

| | APPROXIMATE VALUE | DESCRIPTION & AMOUNT OWED |
|---|---|---|
| Home | $ — | |
| Car/Truck/Vehicle | $ 18,000 | 2005 CHEVY SILVERADO / $0.00 |
| Boat | $ — | |
| Stocks/bonds | $ — | |
| Other property | $ — | |

**CASH & BANK ACCOUNTS**
Do you have any cash, or money in savings or checking accounts? ☒ Yes  ☐ No
IF YES, give the total approximate amount after monthly expenses $ 200.00

**OBLIGATIONS, EXPENSES, & DEBTS**

How many people do you financially support? 2

| BILLS & DEBTS | MONTHLY EXPENSE | TOTAL DEBT |
|---|---|---|
| Housing | $ 2617 | $ |
| Groceries | $ 600 | $ |
| Medical expenses | $ 0 | $ |
| Utilities | $ 250 | $ |
| Credit cards | $ 150 | $ 1,617 |
| Car/Truck/Vehicle | $ 250 | $ |
| Childcare | $ 0 | $ |
| Child support | $ 0 | $ |
| Insurance MEDICAL | $ 437 | $ |
| Loans | $ 0 | $ |
| Fines | $ 0 | $ |
| Other CAR INSURANCE | $ 210 | $ |

I certify under penalty of perjury that the foregoing is true and correct.

*Ronald T. Mele*
SIGNATURE OF DEFENDANT
(OR PERSON SEEKING REPRESENTATION)

1-5-23
Date