STEVEN C. BAILEY (146382)
BAILEY & ROMERO
680 Placerville Drive, Ste. A1
Placerville, CA 95667
(530) 212-3407
Steven@stevencbailey.org

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RONALD MELE,<br><br>　　　　Defendant | Case No.: 1:21-CR-392 (RCL)<br><br>**DECLARATION OF DEFENDANT RONALD MELE IN SUPPORT OF HIS MOTION TO BE EXCUSED FROM ATTENDING PRE-TRIAL HEARINGS IN PERSON IN WASHINGTON DC AND FOR PERMISSION TO APPEAR BY ZOOM** |

DECLARATION OF RONALD MELE

I, RONALD MELE, do hereby declare:

1. I am the defendant in the case of United States of America v. Ronald Mele. This is a multi-defendant case with the title United States of America v. Alan Hostetter, Case number 21-CR-392.

2. I am requesting to be excused from personally attending the hearings scheduled for April 26, 2023 and June 16, 2023.

3. I am further requesting that I be permitted to appear via Zoom.

4. If my request is granted, I will remain in contact be telephone with my attorney, who will be present in the courtroom at the time of the hearing.

DECLARATION OF DEFENDANT RONALD MELE IN SUPPORT OF HIS MOTION TO BE EXCUSED
FROM ATTENDING PRE-TRIAL HEARINGS IN PERSON IN WASHINGTON DC AND FOR PERMISSION
TO APPEAR BY ZOOM - 1

5. The pre-trial hearings scheduled for April and June, will require me to travel to Washington, DC and stay in Washington, DC at least the day before the hearing and the day after the hearing. The cost of travel will be several thousand dollars and because of the nature of the proceedings I have been unable to work for a wage that would allow me to support my family and further pay for travel. In short, I do not have money to pay for this travel.

6. As I have explained previously, since my arrest in this case I have not been able to find steady employment to support my family. Additionally, the employment that I am able to obtain and the money that I can save is needed to pay for the three weeks, to a month that I will be required to remain in Washington, DC in July for the trial.

7. I am in regular contact with my attorney's preparing for trial in this case. I will be able to convey to them whatever information is required to permit them to be prepared to argue on my behalf at the April and June hearings.

I declare under penalty of perjury under the laws of the State of Texas that the foregoing is true and correct and if called to testify I could testify from personal knowledge. Signed this 22 day of February 2023 in COMAL COUNTY, Texas.

*RONALD MELE*

DECLARATION OF DEFENDANT RONALD MELE IN SUPPORT OF HIS MOTION TO BE EXCUSED FROM ATTENDING PRE-TRIAL HEARINGS IN PERSON IN WASHINGTON DC AND FOR PERMISSION TO APPEAR BY ZOOM - 2