UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | Case No.:  21-CR-392-RCL |
| ALAN HOSTETTER, | : | |
| RUSSELL TAYLOR, | : | |
| ERIK SCOTT WARNER, | : | |
| FELIPE ANTONIO "TONY" | : | |
| MARTINEZ, | : | |
| DEREK KINNISON, and | : | |
| RONALD MELE, | : | |
| | : | |
| Defendants. | : | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The United States of America by and through its attorney, the United States Attorney for

the District of Columbia, informs the Court that Trial Attorney Jason M. Manning will be

substituting for AUSA Risa Berkower.

Respectfully submitted,

DATED: March 8, 2023

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:     */s/ Jason M. Manning*
JASON M. MANNING
NY Bar No. 4578068
Trial Attorney, Detailee
1400 New York Ave NW, 11th Floor
Washington, D.C. 20005
(202) 514-6256
jason.manning@usdoj.gov

1

**CERTIFICATE OF SERVICE**

On this 8th day of March 2023, a copy of the foregoing was served upon all parties listed

on the Electronic Case Filing (ECF) System.

By:     */s/ Jason M. Manning*
        JASON M. MANNING
        NY Bar No. 4578068
        Trial Attorney, Detailee
        1400 New York Ave NW, 11th Floor
        Washington, D.C. 20005
        (202) 514-6256
        jason.manning@usdoj.gov