UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-CR-392-2 (RCL) |
| | : | |
| RUSSELL TAYLOR, | : | |
| | : | |
| Defendant. | : | |

## JOINT MOTION FOR CHANGE OF PLEA HEARING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Defendant Russell Taylor respectfully jointly move for a change of plea hearing. The Parties have reached an in principle agreement for the disposition of the above captioned matter and would like the Court to set a hearing as soon as the Court is able, to avoid further preparations for trial by the Parties.

The Parties understand, based on their joint communications with the Court, that the Court is available to conduct the change of plea hearing on April 19, 2023, at 12:00 p.m. The Parties respectfully request that a change of plea hearing be scheduled for that date and time.

Date: March 23, 2023

                                                 Respectfully submitted,

                                                 MATTHEW M. GRAVES
                                                 UNITED STATES ATTORNEY
                                                 D.C. Bar No. 481052

By:           /s/
                                                 ANTHONY W. MARIANO
                                                 MA Bar No. 688559
                                                 THOMAS T. BALLANTINE
                                                 CA Bar No. 208193
                                                 JASON M. MANNING

NY Bar No. 4578068
Trial Attorneys, Detailees
Capitol Siege Section
United States Attorney's Office
for the District of Columbia
601 D Street N.W.
Washington, DC 20530
(202) 476-0319
Anthony.Mariano2@usdoj.gov
(202) 532-3048
Thomas.Ballantine@usdoj.gov
(202) 514-6256
Jason.Manning@usdoj.gov