UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Case No. 21-CR-392-2 (RCL)** |
| | : | |
| **RUSSELL TAYLOR,** | : | |
| | : | |
| **Defendant.** | : | |

**[PROPOSED] <u>ORDER</u>**

On a joint motion from the Parties, the Court orders the Parties shall appear on April 19, 2023, at 12:00 p.m. for a change of plea hearing, in Courtroom 15.

Date: _____                     _____
ROYCE C. LAMBERTH
United States District Judge

1