# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) Criminal No. 21-cr-392 (RCL) |
| | ) |
| DEREK KINNISON, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon consideration of Defendant Kinnison's Motion to Appear Via Zoom for his upcoming hearing on April 26, 2023, it is hereby:

**ORDERED**, the Defendant's Motion is **GRANTED / DENIED**

Date:

_____
ROYCE C. LAMBERTH
United States District Judge