**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES,<br><br>        Plaintiff,<br><br>vs.<br><br>DEREK KINNISON,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)  Criminal No. 21-cr-392 (RCL)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Upon consideration of Defendant Kinnison's Motion to Appear Via Zoom for his upcoming hearing on April 26, 2023, it is hereby:

**ORDERED**, the Defendant's Motion is **GRANTED** / ~~**DENIED**~~

Date: 4/12/23

ROYCE C. LAMBERTH
United States District Judge