# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) Case No. 1:21-cr-392-RCL |
| v. | ) |
| | ) |
| DEREK KINNISON, | ) |
| | ) |
| Defendant. | ) |

## DEREK KINNISON'S MOTION TO JOIN MOTIONS FILED BY ERIK WARNER

Defendant Kinnison, by counsel, moves the Court for permission to join the following motions filed by Defendant Erik Warner:

- Motion to dismiss count under Section 1512(c)(2), ECF 223;

- Motion to dismiss counts 5 and 6, ECF 224;

- Motion for bill of particulars, ECF 225;

- Motion to retain rough notes and emails, ECF 226.

Dated: June 12, 2023                                             Respectfully submitted,

/s/ Nic Cocis
Nic Cocis, *Pro Hac Vice*
25026 Las Brisas Rd.
Murrieta, CA 92562
Tel: 951-695-1400
nic@cocislaw.com
*Counsel to Derek Kinnison*

1

**Certificate of Service**

I hereby certify that on the 12th day of June, 2023, I filed the foregoing motion with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s): Counsel of record.

And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-CM/ECF participant(s), addressed as follows: [none].

/s/ Nic Cocis
Nic Cocis, *Pro Hac Vice*
25026 Las Brisas Rd.
Murrieta, CA 92562
Tel: 951-695-1400
nic@cocislaw.com
Counsel to Derek Kinnison