# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES,** )<br>)<br>**Plaintiff,** )<br>vs. )<br>) **Criminal Case No. 21-cr-392 (RCL)**<br>)<br>**DEREK KINNISON,** ) **Motion of the Defendant to Appear Via Zoom**<br>)<br>**Defendant.** )<br>) | |

Defendant, Derek Kinnison, by and through his counsel, Nic Cocis, respectfully moves this honorable court to permit Defendant to appear via Zoom rather than in person for his upcoming hearing on July 20, 2023.

In support of this motion, Defendant alleges that:

1. The Defendant is in a difficult financial situation and works less than full-time.

2. A round trip from his home in California to Washington DC would take the Defendant away from his job for two to three days, resulting in financial hardship.

3. The additional fees of a plane ticket, hotel and meals are costly.

4. The Government does not oppose this motion.

5. The Defendant's attorney will be present in person.

WHEREFORE, the Defendant respectfully requests that this Court grant his motion and allow him to appear via Zoom on the date of the hearing.

Date: June 20, 2023

Respectfully submitted,
DEFENDANT DEREK KINNISON
By Counsel.

BY: s/Nicolai Cocis
_____
Nicolai Cocis
(CA Bar # 204703)

Law Office of Nicolai Cocis
25026 Las Brisas Rd.
Murrieta, CA 92562
Tel: (951) 695-1400
Fax: (951) 744-0079
Email: nic@cocislaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on 6/20/23, a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system, which will automatically send electronic notification of such filing to all counsel and registered parties.

s/ Nicolai Cocis
_____
Law Offices of Nicolai Cocis
25026 Las Brisas Rd.
Murrieta, CA 92562
Telephone: (951) 695-1400
nic@cocislaw.com