|        | | ✔ |
|--------|---|---|
| Government | | ✔ |
| Plaintiff | | ☐ |
| Defendant | | ☐ |
| Joint | | ☐ |
| Court | | ☐ |

UNITED STATES OF AMERICA

VS.

ERIK SCOTT WARNER

Civil/Criminal No. 21cr392-3

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| B | Photo | 7/20/2023 | Y | Legia Gaytan | |
| C | Photo | 7/20/2023 | Y | Legia Gaytan | |
| D | Photo | 7/20/2023 | Y | Legia Gaytan | |
| H | Drawing of Layout | 7/20/2023 | Y | Legia Gaytan | |
| J | Audio File of Interview | 7/20/2023 | Y | Legia Gaytan | |
| L | GiveSendGo Webpage Capture | 7/20/2023 | Y | Angelina Warner | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |