| Government | ☐ |
|---|---|
| Plaintiff | ☐ |
| Defendant | ✔ |
| Joint | ☐ |
| Court | ☐ |

UNITED STATES OF AMERICA

VS.

ERIK SCOTT WARNER

Civil/Criminal No. 21cr392-3

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | Photo | 7/20/2023 | Y | Angelina Warner | |
| 2 | Photo | 7/20/2023 | Y | Angelina Warner | |
| 3 | Photo | 7/20/2023 | Y | Angelina Warner | |
| 4 | Photo | 7/20/2023 | Y | Angelina Warner | |
| 5 | Photo | 7/20/2023 | Y | Angelina Warner | |
| 6 | Video | 7/20/2023 | Y | Angelina Warner | |
| 7 | Video | 7/20/2023 | Y | Angelina Warner | |