**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA

CASE NO.  1:21:CR:392-RCL


**ORDER TO MODIFY BAIL TERMS**
**AND CONDITIONS**



RUSSELL TAYLOR
DEFENDANT


**ORDER TO MODIFY BAIL TERMS AND CONDITIONS**

The Pretrial Release terms for Mr. Taylor are hereby **ORDERED** to be modified as follows:

1.  With the **prior approval** of his Pre Trial-Services Officer, Mr. Taylor will be permitted to leave the Central District of California to travel for purpose of work to any District within the United States except the District of Columbia. This approval can come from either his Pre-Trail Officer in California, where he resides, or Pre-Trail Office in the District of Columbia.

2.  Mr. Taylor shall continue to be allowed to travel to the District of Columbia for legal purposes or Court appearances pursuant to the current terms and conditions.


IT IS SO ORDERED,

_____, 2023                    _____

                                            ROYCE C. LAMBERTH

                                            UNITED STATES DISTRICT JUDGE