UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA        :
                                :
v.                              :         Criminal No. 21-cr-392-3(RCL)
                                :
ERIK WARNER,                    :
              Defendant.        :

### ORDER

Pending before the Court is the unopposed motion of the defendants for an extension of time to file motions in limine and notice of experts. Finding the motion is unopposed and meritorious, it is

ORDERED that the motion is GRANTED/~~DENIED~~. Motions in limine shall be filed no later than August 18, 2023. Notice of expert witnesses for the defense shall be filed no later than September 5, 2023.

Signed this __2nd__ day of __August__, 2023.

ROYCE C. LAMBERTH
United States District Judge