# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES**,                 ) | |
|          **Plaintiff**,    ) | |
| **vs.**                     ) | **Criminal Case No. 21-cr-392 (RCL)** |
|                    ) | |
| **DEREK KINNISON**,      ) | **Motion to Appear Via Zoom** |
|          **Defendant.**    ) | |

Defendant Derek Kinnison and his counsel, Nicolai Cocis, respectfully request that this Honorable Court permit them to appear via Zoom for the upcoming Pre-Trial Conference hearing scheduled for September 29, 2023, rather than in person. Alternatively, we request that only counsel appear in person at the hearing, with the Defendant participating via Zoom.

Defendant respectfully submits that this request is in the interests of justice and convenience. Defendant resides in California, while the hearing will be held in Washington D.C. Absent leave to appear via Zoom, Defendant would be required to travel to Washington D.C. for the hearing, which would be a significant financial and logistical burden. The Defendant is currently unemployed and seeking employment. In the alternative, it would be more cost-effective for only the counsel to appear in person.

Additionally, the COVID-19 pandemic continues to pose a risk to public health, and both Defendant and counsel believe that appearing via Zoom would help to minimize the risk of exposure to the virus.

The Government takes no position on Defendant's motion.

WHEREFORE, the Defendant respectfully requests that this Court grant his motion.

Date: August 28, 2023             Respectfully submitted,
                                     DEFENDANT DEREK KINNISON
                                     By Counsel.

BY:  s/Nicolai Cocis

_____
Nicolai Cocis
(CA Bar # 204703)
Law Office of Nicolai Cocis
25026 Las Brisas Rd.
Murrieta, CA 92562
Tel: (951) 695-1400
Fax: (951) 744-0079
Email: nic@cocislaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 28, 2023, a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system, which will automatically send electronic notification of such filing to all counsel and registered parties.

s/ Nicolai Cocis

_____.
Law Offices of Nicolai Cocis
25026 Las Brisas Rd.
Murrieta, CA 92562
Telephone: (951) 695-1400
nic@cocislaw.com