UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

Plaintiff

v.                                                               Case No. 1:21-cr- 00392 (RCL)

**ERIK SCOTT WARNER**

Defendant

TRIAL EXHIBITS FOR THE DEFENDANT

| Exhibit No. | Description | Date Marked for Identification | Date Received Into Evidence | Witness |
|---|---|---|---|---|
| | **001 Series – Pictures at Ellipse** | | | |
| 1 | **Picture at Rally by Washington Monument on Jan 6, 2021** | | | |
| 1a | **Photo at Washington Monument of Everyone in Group at Rally** | | | |
| 2 | **Video at Rally from Open Source** | | | |
| 3 | **Pre-road trip text with attached pic sent to Ingrid Reyes referencing Lou with them in Spirit** | | | |
| 3a | **Photo sent to Ingrid Reyes on 1/3/23** | | | |
| 3b | **Reply message to Kinnison from Ingrid Reyes asking them to watch out for Antifa and that Antifa will be physically disguised as Trump supporters with red MAGA hats backwards** | | | |

| | | | | |
|---|---|---|---|---|
| 3c | Cellebrite Data on the Photo to Ingrid Reyes on 1/3/23 | | | |
| 4 | Photo from Rally from Kinnison Phone | | | |
| 5 | Photo at Rally from Kinnison Phone | | | |
| 6 | Photo at Rally from Kinnison Phone | | | |
| 7 | Photo at Rally from Kinnison Phone | | | |
| 8 | Photos at Rally from Kinnison Phone | | | |
| 9 | Photo at Rally from Kinnison Phone | | | |
| | | | | |
| | | | | |
| | **100 – General Reference Exhibits** | | | |
| 100 | Capitol Map West Front | | | |
| 101a-f | USCP Demonstration Endorsement Sheets | | | |
| 102 | USCP Timeline | | | |
| 103 | USCP CDU Ops Plan dated Jan. 5, 2021 | | | |
| 103a-d | Screen shots of Ops Plan | | | |
| 104 | Red lined map of purported restricted perimeter at beginning of day 1-6-21 | | | |
| | | | | |
| | **200 – Interior of Capitol CCTV** | | | |
| 200 | 0102 USCS 01 Sente Wing Door near S139-2021-01-06 | | | |
| 200a-j | Screenshots of 200 | | | |
| 201 | 0113_USCS_01_Senate Carriage Door | | | |
| 201a-c | Screenshots from 201 | | | |
| 202 | Photo of Warner Inside Hallway of Capitol -266T-LA-3370104_0000058_1A0000020_0000002 | | | |
| 203 | Clipped video version of exhibits 200 and 201 combined | | | |
| | | | | |
| | | | | |
| | **300 CCTV Exterior** | | | |
| | | | | |
| 300 | Camera 0600 USCG 00NW Drive Exit TIMP at 1:47pm – 2:00pm | | | |

| | | | | |
|---|---|---|---|---|
| 301 | 0600 at 2:00pm-2:13pm | | | |
| 302 | 0600 at 2:13pm-2:24pm | | | |
| 303 | Camera 3187 QNW 00 Peace Circle NW at 12:40pm – 1:05pm | | | |
| 304 | 3187 at 1:40pm -2:00pm | | | |
| 305 | 3187 at 2:00pm – 2:20pm | | | |
| 306 | 3187 at 1:20pm – 1:40pm | | | |
| 307 | Camera 0514 USCS RF Capitol West Front at at 12:55pm - 1:05pm | | | |
| 308 | Camera 0514 at 1:54pm – 2:14pm | | | |
| 309 | Camera 0683 USCG West Front South at 1:54pm – 2:06pm | | | |
| 310 | Camera 0944 USCS RF West Roof at 12:54pm -1:05pm | | | |
| 311 | Camera 0926 USCG Upper West Terrace from 2:20-3:00pm | | | |
| 312 | Montage of Exterior West Front CCTV | | | |
| 312 a-f | Screenshots from Montage exhibit 312 | | | |
| 313 | ==Video requested of GOV rolling time stamp== 0924 USCG 00 ST22 Exterior – 2021-01-06 from 2:00 to 2:30pm | | | |
| 314 | 314 - 0926 E USCG 00 Upper Terrace West-2021-01-06_14h11min00s000ms | | | |
| 315 | 315 - 0117 E USCS 01 Senate Carriage Door-2021-01-06_14h15min00s000ms | | | |
| 315a | Screenshot from ex. 315 Warner exits at 2:16:51pm | | | |
| 315b | Warner Exits into Courtyard at 2:17pm - 0951_USCS_RF_East_Roof_-_2021-01-06_19h00min00s.mp4_clip_1032_1064 | | | |
| 316 | 0915 E USCG 00 Upper Terrace SE 2021-01-06 at 2:23pm | | | |
| 316a | Screenshot from Ex. 316 | | | |
| 317 | 317 - 4.20.22pm 0925 E USCG 00 Upper Terrace West-2021-01-06_16h17min00s000ms | | | |
| 317a | Screenshot from ex. 317 Warner at 4:19pm on stairs | | | |
| 318 | 318 - 4.44pm  0924 E USCG 00 ST22 Exterior-2021-01-06_16h42min00s000ms | | | |

| | | | | |
|---|---|---|---|---|
| 318 a-b | Screenshots from Ex. 317 Warner on stairs at approx.. 4:44pm | | | |
| 319 | Clipped version combining all exterior footage of Warner after exit from Capitol at 2:16:51pm | | | |
| 320 | Clipped versions of footage Warner prior to entering Capitol CCTV from upper west terrace and stairs | | | |
| | | | | |
| | **400 Series Undercover Officers on Jan 6** | | | |
| 400 | 400 - MPD-005-00000032_CAPD000003743 Tomasula Video | | | |
| 401 | 401 -MPD-005-00000033_CAPD000003744 Tomasula Video | | | |
| 402 | 402 -MPD-005-00000034_CAPD000003745 Tomasula Video | | | |
| 403 | 403 -MPD-005-00000035_CAPD000003746 Tomasula Video | | | |
| 404 | 404 -MPD-005-00000036_CAPD000003747 Tomasula Video | | | |
| 405 | Tomasula Investigative Report | | | |
| 405a-z | Screenshots from exhibit 405 | | | |
| 406 | Barcus Investigative Report | | | |
| 406 a-g | Screenshots from Exhibit 406 | | | |
| 407 | CAPD-008469631 Levia Video | | | |
| 408 | CAPD-008469632 Levia Video | | | |
| | | | | |
| | **500 Series – Open Source** | | | |
| 500 | Video GH010089 | | | |
| 500a-i | Screenshots from ex. 500 | | | |
| 501 | BBC Video | | | |
| 501a | Screenshot from Ex. 501 | | | |
| 502 | 11 YouTube_Variously.MP4 | | | |
| 503 | Nov 2020 Washington Post Video Coverage of clashes and violence between Counter Protestors and Trump Supporters | | | |
| 504 | December 2020 Washington Post Video Coverage of clashes between Counter protesters and Trump Supporters | | | |
| 505 | "Proud boys clash with BLM J5" FreedomNews Video from Jan 5th | | | |

| | | | | |
|---|---|---|---|---|
| 505a | **Screenshots from Ex. 515** | | | |
| 506 | **Prism Live video from Jan 4th, 2021 (Jan 4 Oreo Express)** | | | |
| 507 | **507 -20210104-FIRST_AMENDMENT-1500_EYE_ST_NW (Jan 4 Oreo Express)** | | | |
| 508 | **508 -20210105-FIRST_AMENDMENT-1600_EYE_ST_NW-2 (Jan 5, 2021)** | | | |
| 509 | **Oreo Express recording Jan 4 Warner "he just needed a sandwich"** | | | |
| 510a | **Photo Proud Boys and counter protestors clash Dec 2020** | | | |
| 510b | **Photo Violence and explosions Dec 2020 Protests** | | | |
| 511 | **Photo Counter Protestor sprays Trump Supporter with Bear Mace** | | | |
| 512 | **Olympia Wa. Violence erupts** | | | |
| 513 | **Photo of Washington Post article on June 1, 2020 depicting the May 2020 violence at George Floyd protests in DC** | | | |
| 513 a | **Screenshot from Washington Post Online Article ex. 513** | | | |
| 513 b | **Screenshot from Washington Post Online Article ex. 513** | | | |
| 513 c | **Screenshot from Washington Post Online Article ex. 513** | | | |
| 514 | **November 15, 2020 Washington Post Article "After thousands of Trump supporters rally in D.C., violence erupts when night falls"** | | | |
| 515 | **BLM Plaza website screenshot tourist information** | | | |
| 516 | **Wall Street Journal Article of April 2021 "Almost Half of Federal Cases Against Portland Rioters Have Been Dismissed"** | | | |
| 517 | **VA Women for Trump speaker line up Jan 5 at Supreme Court** | | | |
| 518 | **Video of Rally at Supreme Court Jan 5** | | | |
| 519 | **Twitter post showing bricks on streets of DC warning to Trump Supporters to "watch your backs"** | | | |
| 520 | **Inside Capitol You Tube Warner** | | | |
| | | | | |

|  |  |  |  |  |
|---|---|---|---|---|
|  | **600 Series – Telegram and Text exhibits** |  |  |  |
| 600 | Telegram Exhibit from Cellebrite (904.01-070) |  |  |  |
| 600a | "I'm so pumped" screenshot of ex. 600 |  |  |  |
| 600b | "Skateboarding is not a crime" screenshot from ex. 600 |  |  |  |
| 600c | "Erik skates and scouts" screenshot of ex. 600 |  |  |  |
| 600d | Picture in telegram of Erik wearing Punk Rock jacket in front of ATF sign |  |  |  |
| 601 | Russ Taylor changes name of chat on 12/20/20 to "The California Patriots – Answer the Call Jan 6th" |  |  |  |
| 602 | Group Chat messages "I can't see any of my previous messages, am I doing something wrong" 12/30/23 |  |  |  |
| 603 | 12/21/23 Russ Taylor "This group will serve as the thread to collect individuals that are going to be attending Jan 6th in DC…" |  |  |  |
| 604 | 904.03-002 Derek introducing Warner and others |  |  |  |
| 605 | 904.04-002 Derek explains SOL CAL 3 percenters "we work well and train with each other" |  |  |  |
|  |  |  |  |  |
| 606 | 902.06 Taylor "wants to be first to breach the doors" 12/29/20 - Erik not part of chat |  |  |  |
| 607 | "California Patriots – Spec Ops" Telegram Group Cellebrite Extraction Report from 11/16/20-12/31/20 (Warner not a member of group) |  |  |  |
| 608 | Spec Ops group chat members on contacts photo of phone |  |  |  |
| 609 | Russ Taylor explains Porter Alias to Hostetter Nov. 2021 |  |  |  |
| 610 | SO CAL telegram group chat October 2020 |  |  |  |
| 611 | Mele Instant Messages Group regarding safe travels and unconfirmed reports of bricks being dropped off 266T-LA-3366167_0000052_1A0000012_0000002 |  |  |  |
| 612 | Chat regarding travel plans roadtrip Mele phone 266T-LA-3366167_0000051_1A0000011_0000052 |  |  |  |

| | | | | |
|---|---|---|---|---|
| | | | | |
| 615 | Shake it off video from telegram cloud | | | |
| | | | | |
| | | | | |
| | | | | |
| | **700 Series – From Warner** | | | |
| 700 | Recreation of Backpack | | | |
| 701 | California Three Percenter By Laws 2.0 | | | |
| 701 a-e | Screenshots from bylaw document ex 701 | | | |
| 702 | Certificate California Child Abuse Mandated online training | | | |
| 703 | Warner Nursing License renewal | | | |
| 704 | Photo at Nursing Graduation | | | |
| 705 | Photo 2 at Nursing Graduation | | | |
| 706 | Photo Covid NY 2020 | | | |
| 707 | Photo Warner dressed for Covid Connecticut | | | |
| 708 | Photo Warner dressed for Covid Nursing in Sun City | | | |
| 709 | Photo Warner Dresses for Patients as Santa | | | |
| 710 | Photo Warner Dresses for Patients as Nurse Karen | | | |
| 711 | Photo Warner Dresses for Patients as funny hair nurse | | | |
| 712 | Photo Warner Dresses for Patients as Santa striking a pose | | | |
| 713 | Photo Warner Dresses for Patients as Sants having chest pains | | | |
| 714 | Photo Warner Dresses for Patients as mustache nurse | | | |
| 715 | Photo Warner Dresses for Patients as Rosta Santa | | | |
| 716 | Photo Warner Dresses for Patients as Sparta Nurse | | | |
| 717 | Photo Warner Dresses for Patients as Valentine Nurse | | | |
| 718 | Photo Warner and Family at Lambs church | | | |
| 719 | Photo Warner and CEO of Davita | | | |
| 720 | Photo Warner and Family in snow | | | |
| 721 | Photo Warner and family Grand Canyon | | | |
| 722 | Photo Warner and family 8th grade graduation | | | |

| | | | | |
|---|---|---|---|---|
| 723 | **Civil Complaint naming Warner and others** | | | |
| 724 | **Twisted Tea meme from phone** | | | |
| 725 | **Photo Warner at VBS 2021** | | | |
| 726 | **Photo Warner at VBS 2023** | | | |
| 727 | **Photo of Capitol showing take out café location** | | | |
| 728 | **Temecula Duck Pond Photo** | | | |
| 729 | **Skateboard Flag video** | | | |
| 730 | **Photo Rally with Local Representative Murrieta CA** | | | |
| 731a-c | **Cellebrite grabs of other rallies in places other than DC saved on Warner Phone** | | | |