**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.: 21-CR-392-RCL** |
| | : | |
| **v.** | : | |
| | : | |
| **ERIK SCOTT WARNER,** | : | |
| **FELIPE ANTONIO "TONY"** | : | |
| **MARTINEZ,** | : | |
| **DEREK KINNISON, and** | : | |
| **RONALD MELE,** | : | |
| | : | |
| **Defendants.** | : | |

**GOVERNMENT EXHIBIT 1401**

**STIPULATION REGARDING THE ELLIPSE AND THE WASHINGTON MONUMENT**

The United States and the defendants, Erik Warner, Tony Martinez, Derek Kinnison, and Ronald Mele, agree and stipulate to the following:

The Ellipse is the name given to the southern portion of President's Park, which is located south of the White House's South Lawn. The Ellipse is an open, grassy area that is surrounded by an oval drive. It is approximately 1.5 miles from the U.S. Capitol Building. On January 6, 2021, then-President Trump held a rally on the Ellipse, and he delivered a speech at this event from approximately 12:00 p.m. EST to 1:10 p.m. EST.

The Washington Monument is located on the National Mall, across Constitution Avenue from the Ellipse. The Washington Monument and the Ellipse are separated by approximately 1,701 feet. Around the Washington Monument is a large swath of green space, bordered to the north by Constitution Avenue; to the south by Independence Avenue; to the west by 17th Street; and to the east by 15th Street. On January 6, 2021, numerous individuals who were unable to gain entry to the Ellipse for then-President Trump's rally and speech, or who chose not to enter, watched the event from the green space around the Washington Monument. The distance from the Washington

Monument to the U.S. Capitol Building is approximately 1.5 miles.

By this stipulation, the parties do not agree or stipulate to anything regarding any knowledge or lack thereof on the part of any of the defendants related to any facts described herein.

FOR DEFENDANT WARNER

____________________________
Kira Anne West
Counsel for Erik Warner

FOR DEFENDANT MARTINEZ

____________________________
Nicholas D. Smith
Counsel for Tony Martinez

FOR DEFENDANT KINNISON

____________________________
Nicolai Cocis
Counsel for Derek Kinnison

FOR DEFENDANT MELE

____________________________
Steven C. Bailey
Counsel for Ronald Mele

FOR THE UNITED STATES

____________________________
Anthony W. Mariano
Jason M. Manning
Trial Attorneys, U.S. Department of Justice

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.: 21-CR-392-RCL** |
| | : | |
| **v.** | : | |
| | : | |
| **ERIK SCOTT WARNER,** | : | |
| **FELIPE ANTONIO "TONY"** | : | |
| **MARTINEZ,** | : | |
| **DEREK KINNISON, and** | : | |
| **RONALD MELE,** | : | |
| | : | |
| **Defendants.** | : | |

**<u>GOVERNMENT EXHIBIT 1402</u>**

**<u>STIPULATION REGARDING THE OFFICIAL PROCEEDING</u>**

The United States and the defendants, Erik Warner, Tony Martinez, Derek Kinnison, and Ronald Mele, agree and stipulate to the following:

On January 6, 2021, a joint session of the United States Congress convened at the U.S. Capitol. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in both the House and Senate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday, November 3, 2020.

On January 6, 2021, the House of Representatives began its session at approximately 12:00 p.m., the Senate began its session at approximately 12:30 p.m., and the two Houses met together at approximately 1:00 p.m. in the House of Representatives chamber to begin the joint session. Vice President Mike Pence was in the Capitol building and presiding over the joint session. At approximately 1:15 p.m., the House and Senate adjourned to their separate chambers for up to two hours to resolve a particular objection.

At approximately 2:12 p.m., Vice President Pence evacuated the Senate chamber, and

approximately one minute later the senator who had become the presiding officer in Vice President Pence's absence declared that the Senate would stand in recess. Senators evacuated the Senate chamber.

At approximately 2:15 p.m., Speaker Nancy Pelosi, who was presiding over the House of Representatives, evacuated the House chamber, and approximately fifteen minutes later the representative who had become the presiding officer in her absence declared that the House would stand in recess. Representatives evacuated the House chamber. Other Representatives were evacuated later from the House Gallery.

The Senate and House resumed meeting at approximately 8:06 p.m. and 9:02 p.m., respectively. Congress's joint session continued until approximately 3:44 a.m. on January 7, 2021, when Congress completed the certification of the Electoral College vote.

By this stipulation, the parties do not agree or stipulate to anything regarding any knowledge or lack thereof on the part of any of the defendants related to any facts described herein.

FOR DEFENDANT WARNER

______________________________
Kira Anne West
Counsel for Erik Warner

FOR DEFENDANT MARTINEZ

______________________________
Nicholas D. Smith
Counsel for Tony Martinez

FOR DEFENDANT KINNISON

______________________________
Nicolai Cocis

FOR THE UNITED STATES

______________________________
Anthony W. Mariano
Jason M. Manning
Trial Attorneys, U.S. Department of Justice

Counsel for Derek Kinnison

FOR DEFENDANT MELE

________________________________

Steven C. Bailey
Counsel for Ronald Mele

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.: 21-CR-392-RCL** |
| | : | |
| **v.** | : | |
| | : | |
| **ERIK SCOTT WARNER,** | : | |
| **FELIPE ANTONIO "TONY"** | : | |
| **MARTINEZ,** | : | |
| **DEREK KINNISON, and** | : | |
| **RONALD MELE,** | : | |
| | : | |
| **Defendants.** | : | |

**GOVERNMENT EXHIBIT 1403**

**STIPULATION REGARDING U.S. CAPITOL POLICE CCTV FOOTAGE**

The United States and the defendants, Erik Warner, Tony Martinez, Derek Kinnison, and Ronald Mele, agree and stipulate to the following:

The United States Capitol Police (USCP) operate and maintain closed-circuit video monitoring and recording equipment that captures locations inside and outside of the U.S. Capitol building and on the Capitol grounds. The video equipment timestamps each recording with the date and time at which the footage is captured. The USCP-controlled video equipment was in good working order on January 6, 2021, and video footage recovered from the cameras and equipment with the timestamp of January 6, 2021 is footage from January 6, 2021. The events depicted in the video footage are a fair and accurate depiction of the events at the U.S. Capitol on January 6, 2021, the timestamps on the recordings are accurate, and the video footage was not altered or edited in any way. The CCTV video footage, contained in Government Exhibits 101-130, and Defense Exhibits _____, is authentic in that it is what it purports to be.

FOR DEFENDANT WARNER

______________________________
Kira Anne West
Counsel for Erik Warner

FOR DEFENDANT MARTINEZ

______________________________
Nicholas D. Smith
Counsel for Tony Martinez

FOR DEFENDANT KINNISON

______________________________
Nicolai Cocis
Counsel for Derek Kinnison

FOR DEFENDANT MELE

______________________________
Steven C. Bailey
Counsel for Ronald Mele

FOR THE UNITED STATES

______________________________
Anthony W. Mariano
Jason M. Manning
Trial Attorneys, U.S. Department of Justice

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.: 21-CR-392-RCL** |
| | : | |
| **v.** | : | |
| | : | |
| **ERIK SCOTT WARNER,** | : | |
| **FELIPE ANTONIO "TONY" MARTINEZ,** | : | |
| **DEREK KINNISON, and** | : | |
| **RONALD MELE,** | : | |
| | : | |
| **Defendants.** | : | |

**GOVERNMENT EXHIBIT 1404**

**STIPULATION REGARDING SENATE AND HOUSE RECORDING STUDIO FOOTAGE**

The United States and the defendants, Erik Warner, Tony Martinez, Derek Kinnison, and Ronald Mele, agree and stipulate to the following:

On January 6, 2021, much of the proceedings taking place on the Senate and House floors were contemporaneously recorded by the Senate Recording Studio and the House Recording Studio, respectively. The Senate Recording Studio's purpose is to serve the Senate. The House Recording Studio's purpose is to serve the House. Cameras on the Senate and House floors record activity occurring there. This footage is also broadcast through the Cable-Satellite Public Affairs Network (CSPAN). The video footage contained in Government Exhibit 2 is a fair and accurate depiction of the events on the Senate and House floors on January 6, 2021, the timestamps on the recordings are accurate, and the video footage was not altered or edited in any way. The video footage is authentic in that it is what it purports to be.

By this stipulation, the parties do not agree or stipulate to anything regarding any knowledge or lack thereof on the part of any of the defendants related to any facts described herein.

FOR DEFENDANT WARNER

______________________________
Kira Anne West
Counsel for Erik Warner

FOR DEFENDANT MARTINEZ

______________________________
Nicholas D. Smith
Counsel for Tony Martinez

FOR DEFENDANT KINNISON

______________________________
Nicolai Cocis
Counsel for Derek Kinnison

FOR DEFENDANT MELE

______________________________
Steven C. Bailey
Counsel for Ronald Mele

FOR THE UNITED STATES

______________________________
Anthony W. Mariano
Jason M. Manning
Trial Attorneys, U.S. Department of Justice

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.: 21-CR-392-RCL** |
| | : | |
| **v.** | : | |
| | : | |
| **ERIK SCOTT WARNER,** | : | |
| **FELIPE ANTONIO "TONY" MARTINEZ,** | : | |
| **DEREK KINNISON, and** | : | |
| **RONALD MELE,** | : | |
| | : | |
| **Defendants.** | : | |

**GOVERNMENT EXHIBIT 1405.01**

**STIPULATION REGARDING TELEGRAM IDENTIFIER AND HANDLE OF ERIK WARNER**

The United States and the defendants Erik Warner agree and stipulate to the following:

1050044455 is a number assigned by Telegram that was used by Erik Warner from at least in or about October 2020 to in or about February 2021. At times, Erik Warner was identified in Telegram communications with the handle "Erik Rawker."

FOR DEFENDANT WARNER

______________________________
Kira Anne West
Counsel for Erik Warner

FOR THE UNITED STATES

______________________________
Anthony W. Mariano
Jason M. Manning
Trial Attorneys, U.S. Department of Justice

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**ERIK SCOTT WARNER,**<br>**FELIPE ANTONIO "TONY" MARTINEZ,**<br>**DEREK KINNISON, and**<br>**RONALD MELE,**<br><br>**Defendants.** | : | **CRIMINAL NO.: 21-CR-392-RCL** |

**<u>GOVERNMENT EXHIBIT 1405.02</u>**

**<u>STIPULATION REGARDING TELEGRAM IDENTIFIER AND HANDLE OF TONY MARTINEZ</u>**

The United States and the defendant Tony Martinez agree and stipulate to the following:

1391761709 is a number assigned by Telegram that was used by Tony Martinez from at least in or about October 2020 to in or about February 2021. At times, Tony Martinez was identified in Telegram communications with the handle "Tony Pipefitter."

FOR THE UNITED STATES

______________________________
Anthony W. Mariano
Jason M. Manning
Trial Attorneys, U.S. Department of Justice

FOR DEFENDANT MARTINEZ

______________________________
Nicholas D. Smith
Counsel for Tony Martinez

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.: 21-CR-392-RCL** |
| | : | |
| **v.** | : | |
| | : | |
| **ERIK SCOTT WARNER,** | : | |
| **FELIPE ANTONIO "TONY"** | : | |
| **MARTINEZ,** | : | |
| **DEREK KINNISON, and** | : | |
| **RONALD MELE,** | : | |
| | : | |
| **Defendants.** | : | |

**GOVERNMENT EXHIBIT 1405.03**

**STIPULATION REGARDING TELEGRAM IDENTIFIER AND HANDLE OF DEREK KINNISON**

The United States and the defendant Derek Kinnison agree and stipulate to the following:

1029438066 is a number assigned by Telegram that was used by Derek Kinnison from at least in or about October 2020 to in or about February 2021. At times, Derek Kinnison was identified in Telegram communications with the handle "Derek Midnightrider."

FOR THE UNITED STATES

______________________________

Anthony W. Mariano
Jason M. Manning
Trial Attorneys, U.S. Department of Justice

FOR DEFENDANT KINNISON

______________________________

Nicolai Cocis
Counsel for Derek Kinnison

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.: 21-CR-392-RCL** |
| **v.** | : | |
| **ERIK SCOTT WARNER, FELIPE ANTONIO "TONY" MARTINEZ, DEREK KINNISON, and RONALD MELE,** | : | |
| **Defendants.** | : | |

**GOVERNMENT EXHIBIT 1405.04**

**STIPULATION REGARDING TELEGRAM IDENTIFIER AND HANDLE OF RONALD MELE**

The United States and the defendant Ronald Mele agree and stipulate to the following:

1094800302 is a number assigned by Telegram that was used by Ronald Mele from at least in or about October 2020 to in or about February 2021. At times, Ronald Mele was identified in Telegram communications with the handle "'Redline' Ron Mele" or "'Redline' Ron."

FOR THE UNITED STATES

______________________________
Anthony W. Mariano
Jason M. Manning
Trial Attorneys, U.S. Department of Justice

FOR DEFENDANT MELE

______________________________
Steven C. Bailey
Counsel for Ronald Mele

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.: 21-CR-392-RCL** |
| | : | |
| **v.** | : | |
| | : | |
| **ERIK SCOTT WARNER,** | : | |
| **FELIPE ANTONIO "TONY"** | : | |
| **MARTINEZ,** | : | |
| **DEREK KINNISON, and** | : | |
| **RONALD MELE,** | : | |
| | : | |
| **Defendants.** | : | |

**GOVERNMENT EXHIBIT 1406**

**STIPULATION REGARDING TONY MARTINEZ'S IDENTITY AND PRESENCE ON THE CAPITOL GROUNDS**

The United States and Defendant Tony Martinez agree and stipulate to the following:

On January 6, 2021, Tony Martinez was present on the Capitol Grounds. The below photograph is a fair and accurate depiction of Tony Martinez (shown in the red square) as he appeared in Washington, D.C. on January 6, 2021.




FOR DEFENDANT MARTINEZ

______________________________
Nicholas D. Smith
Counsel for Tony Martinez

FOR THE UNITED STATES

______________________________
Anthony W. Mariano
Jason M. Manning
Trial Attorneys, U.S. Department of Justice

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.: 21-CR-392-RCL** |
| | : | |
| **v.** | : | |
| | : | |
| **ERIK SCOTT WARNER,** | : | |
| **FELIPE ANTONIO "TONY" MARTINEZ,** | : | |
| **DEREK KINNISON, and** | : | |
| **RONALD MELE,** | : | |
| | : | |
| **Defendants.** | : | |

**GOVERNMENT EXHIBIT 1407**

**STIPULATION REGARDING DEREK KINNISON'S IDENTITY AND PRESENCE ON THE CAPITOL GROUNDS**

The United States and Defendant Derek Kinnison agree and stipulate to the following:

On January 6, 2021, Derek Kinnison was present on the Capitol Grounds. The below photograph is a fair and accurate depictions of Derek Kinnison (as shown in the red square) as he appeared in Washington, D.C. on January 6, 2021.




FOR DEFENDANT KINNISON

Nicolai Cocis
Counsel for Derek Kinnison

FOR THE UNITED STATES

Anthony W. Mariano
Jason M. Manning
Trial Attorneys, U.S. Department of Justice