UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

DEREK KINNISON,

    *Defendant.*

Case No. 1:21-CR-392-RCL-5

## ORDER

Before the Court is Defendant Derek Kinnison's Sealed Motion [358] to Appoint his Counsel, Nicolai Cocis, as his counsel under the Criminal Justice Act ("CJA").

Upon consideration of Mr. Kinnison's motion and supporting financial affidavit, it is hereby **ORDERED** that Nicolai Cocis is appointed as counsel for Mr. Kinnison under the CJA as of October 23, 2023, the date on which the motion was filed, for work completed on or after that date. Pursuant to 18 U.S.C. § 3006A(c) & (f), at the conclusion of this case the Court will determine whether Mr. Kinnison has funds available to pay for part or all of the representation, and if so, the amount of such funds Mr. Kinnison shall pay toward the representation.

**IT IS SO ORDERED.**

Date: October 31, 2023

                                                      Royce C. Lamberth
                                                     United States District Judge