## UNITED STATES DISTRICT COURT
## THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**
    Plaintiff,

vs.                                               Case No.: **21-CR-392-3, 4, 5, 6**

**ERIC SCOTT WARNER, et al**
    Defendant.

### COUNSELS' ACKNOWLEDGMENT CONCERNING TRIAL EXHIBITS

Counsel acknowledges that they have jointly reviewed the exhibits that were admitted into evidence with the Courtroom Deputy and have agreed on the exhibits that shall be submitted to the jury during deliberations.

_____NOVEMBER 7, 2023_____
**DATE EXHIBITS WENT TO JURY**

**APPROVED BY:**

_[signature]_
**GOVERNMENT COUNSEL**

_[signature]_
**DEFENSE COUNSEL**

_[signature]_
**DEFENSE COUNSEL**

_[signature] — Martinez_
**DEFENSE COUNSEL**

_[signature]_
**DEFENSE COUNSEL**