UNITED STATES OF AMERICA
VS.
ERIK SCOTT WARNER

Civil/**Criminal** No. 21cr392-3

- [ ] Government
- [ ] Plaintiff
- [x] Defendant
- [ ] Joint
- [ ] Court

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | MAP | 10.19.23 | | S. GROSSI | |
| 1A | SCREENSHOT OF PHOTOS (GOVT 511) | 10.20.23 | ✓ | A. SCHALIN | |
| 1B | PHOTO OF ANGEL WARNER | 10.20.23 | ✓ | 1 | |
| 1C | PHOTO OF CHURCH | 10.20.23 | ✓ | A. SCHALIN | |
| 103 | USCP CDU OPS PLAN DATED JAN. 5, 2021 | 10.17.23 | | C. MENDOZA | |
| 103D | SCREEN SHOT OF OPS PLAN | 10.17.23 | | 1 | |
| 301 | 0600 AT 2pm - 2:13pm | 10.17.23 | ✓ | C. MENDOZA | |
| 302 | 0600 AT 2:13pm - 2:24pm | 1 | ✓ | 1 | |
| 303 | CAMERA 3187 QNW 00 PEACE CIRCLE NW AT 12:40pm - 1:05pm | 10.17.23 | ✓ | C. MENDOZA | |
| 307 | CAMERA 0514 USCS RF CAPITOL WEST FRONT AT 12:55pm - 1:05pm | 1 | ✓ | C. MENDOZA | |

| | | |
|---|---|---|
| Government | ☐ | |
| Plaintiff | ☐ | |
| Defendant | ☑ | |
| Joint | ☐ | |
| Court | ☐ | |

UNITED STATES OF AMERICA
VS.
ERIK SCOTT WARNER

Civil/**Criminal** No. 21CR392-3

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 310 | CAMERA 0944 USCG RF WEST ROOF AT 12:54pm-1:05pm | 10.17.23 | ✓ | C. MENDOZA | |
| 515 | BLM PLAZA WEBSITE SCREENSHOT TOURIST INFORMATION | 10.19.23 | ✓ | D. HARRINGTON | |
| 522G | NOVEMBER RALLY PHOTO | 10.19.23 | | D. HARRINGTON | |
| 522I | PHOTO OF TRUMP SUPPORTER | | | | |
| 522L | PRO-TRUMP SUPPORTER PHOTO | | | | |
| 522O | COUNTER-PROTESTER CLASHES WITH TRUMP-SUPPORTER PHOTO | | | | |
| 523H | PHOTO: POLICE OFFICERS USE TEARGAS AT BLM PLAZA | | | | |
| 523P | PHOTO: MPD DEALS W/ CLASH BETWEEN PROUD BOYS & BLM PROTESTERS | | | | |
| 523Q | DEMONSTRATOR GESTURES TOWARDS MPD AS THEY SEPARATE PROTESTERS | | | | |
| 523R | PHOTO: POLICE SCUFFLE W/ COUNTER-PROTESTERS | | | | |

|  | | | |
|---|---|---|---|
| Government ☐ | | | |
| Plaintiff ☐ | UNITED STATES OF AMERICA | | Civil/Criminal No. 21CR392-3 |
| Defendant ☑ | VS. | | |
| Joint ☐ | ERIK SCOTT WARNER | | |
| Court ☐ | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 523S | PHOTO: PROUD BOYS & ANTIFA FIGHT AFTER MILLION MAGA MARCH | 10.19.23 |  | D. HARRINGTON |  |
| 523T | PHOTO: POLICE STANDS GUARD AT BLM PLAZA | ⊥ |  | ⊥ |  |
| 5 | DEFENSE VERSION OF GOVT 514 | 10.30.23 | ✓ | E. JOHNSON |  |
| 21 | DEFENSE VERSION OF GOVT 515 | 11.3.23 | ✓ | A. WARNER |  |
| 22 | DEFENSE VERSION OF GOVT 518 | ⊥ | ✓ | ⊥ |  |