| | | UNITED STATES OF AMERICA | | | | |
|---|---|---|---|---|---|---|
| Government | ☐ | | | | | |
| Plaintiff | ☐ | VS. | | | Civil/Criminal No. | 21cr392-4 |
| Defendant | ☑ | | | | | |
| Joint | ☐ | FELIPE ANTONIO MARTINEZ | | | | |
| Court | ☐ | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | Govt exhibit 903 - Searchable version | 10/24/2023 | 10/24/2023 | J. Salo | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |