UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Prosecution ☐  
Defendant ☑  
Joint ☐

UNITED STATES OF AMERICA

vs.

DEREK KINNISON

Case No: 21-cr-392 (RCL)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBIT SENT TO JURY |
|---|---|---|---|---|---|
| 1 | Kinnison's Home in Lake Elsinore - Photo | 10·30·23 | ✓ | D. KINNISON | |
| 2 | BLM Flyer for Lake Elsinore - Photo | ↧ | ✓ | ↧ | |
| 3 | BLM March in Lake Elsinore - Video | | | | |
| 4 | Kinnison and Law Enforcement in Lake Elsinore - Photo | 10·30·23 | ✓ | D. KINNISON | |
| 5A | California 3% Website - photo | | | | |
| 5B | California 3% Website - photo | | | | |
| 5C | California 3% Website - photo | | | | |
| 6 | California Concealed Weapon Permit - photo | 10·30·23 | ✓ | D. KINNISON | |

**Defendant Derek Kinnison's Exhibit**

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBIT SENT TO JURY |
|---|---|---|---|---|---|
| 7 | January 4 Video of Kinnison | 10·31·23 | ✓ | D. KINNISON | |
| 8 | US Capitol January 5 - photo | | | | |
| 9 | US Supreme Court – January 6 - photo | | | | |
| 10 | Medical Kit Backpack - photo | 10·30·23 | ✓ | D. KINNISON | |
| 11 | Bandoleer in Safe - photo | | | | |
| 12 | Firearms in Safe - photo | | | | |
| 13 | Radio Equipment in Door Panel - photo | | | | |
| 14 | Message SoCal 3 Pers - photo | | | | |
| 15 | Taylor – Kinnison Telegram chat | | | | |
| 15.1 | Taylor – Kinnison Telegram chat | 10·30·23 | ✓ | D. KINNISON | |
| 15.2 | Taylor – Kinnison Telegram chat | ⊥ | ✓ | ⊥ | |

**Defendant Derek Kinnison's Exhibit**

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBIT SENT TO JURY |
|---|---|---|---|---|---|
| 15.3 | Taylor – Kinnison Telegram chat | 10.30.23 | ✓ | D. KINNISON | |
| 15.4 | Taylor – Kinnison Telegram chat | | | | |
| 15.5 | Taylor – Kinnison Telegram chat | | | | |
| 16A | Video from January 5 – Freedom Plaza | 10.31.23 | ✓ | D. KINNISON | |
| 16B | Video from January 5 – Freedom Plaza | | | | |
| 17 | Telegram Chat Croup California Patriots – Answer the Call | | | | |
| 17.1 | Telegram Chat Croup California Patriots – Answer the Call | 10.30.23 | ✓ | D. KINNISON | |
| 17.2 | Telegram Chat Croup California Patriots – Answer the Call | | ✓ | | |
| 17.3 | Telegram Chat Croup California Patriots – Answer the Call | | ✓ | | |
| 17.4 | Telegram Chat Croup California Patriots – Answer the Call | | ✓ | | |

**Defendant Derek Kinnison's Exhibit**

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBIT SENT TO JURY |
|---|---|---|---|---|---|
| 17.5 | Telegram Chat Croup California Patriots – Answer the Call | 10.30.23 | ✓ | D. KINNISON | |
| 17.6 | Telegram Chat Croup California Patriots – Answer the Call | ⊥ | ✓ | ⊥ | |
| 17.7 | Telegram Chat Croup California Patriots – Answer the Call | | | | |
| 17.8 | Telegram Chat Croup California Patriots – Answer the Call | | | | |
| 17.8 | Telegram Chat Croup California Patriots – Answer the Call | | | | |
| 17.9 | Telegram Chat Croup California Patriots – Answer the Call | | | | |
| 17.10 | Telegram Chat Croup California Patriots – Answer the Call | | | | |
| 17.11 | Telegram Chat Croup California Patriots – Answer the Call | | | | |
| 18 | Telegram Chat Group California Patriots – DC Brigade | | | | |
| 18.1 | Telegram Chat Group California Patriots – DC Brigade | | | | |

**Defendant Derek Kinnison's Exhibit**

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBIT SENT TO JURY |
|---|---|---|---|---|---|
| 18.2 | Telegram Chat Group California Patriots – DC Brigade | 10.30.23 | ✓ | D. KINNISON | |
| 18.3 | Telegram Chat Group California Patriots – DC Brigade | | | | |
| 18.4 | Telegram Chat Group California Patriots – DC Brigade | | | | |
| 18.5 | Telegram Chat Group California Patriots – DC Brigade | 10.30.23 | ✓ | D. KINNISON | |
| 18.6 | Telegram Chat Group California Patriots – DC Brigade | | ✓ | | |
| 18.7 | Telegram Chat Group California Patriots – DC Brigade | | ✓ | | |
| 18.8 | Telegram Chat Group California Patriots – DC Brigade | | | | |
| 18.9 | Telegram Chat Group California Patriots – DC Brigade | | | | |
| 20 | GOVT. EXHIBIT 902 pg. 9 | 10.25.23 | ✓ | J. SALO | |
| 21 | GOVT EXHIBIT 1156.09 | 10.30.23 | ✓ | D. KINNISON | |
| 22 | GOVT EXHIBIT 736 | 10.31.23 | ✓ | | |

**Defendant Derek Kinnison's Exhibit**