| | Government | |
|---|---|---|
| | Plaintiff | |
| | Defendant | ✔ |
| | Joint | |
| | Court | |

UNITED STATES OF AMERICA

VS.

RONALD MELE

Civil/Criminal No. 21 CR 392-6

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 2039 | | 11·2·23 | ✓ | R. Mele | |
| 2031 | | | ✓ | | |
| 2030 | | | ✓ | | |
| 2003 | | | ✓ | | |
| 2018 | | | ✓ | | |
| 2019 | | | ✓ | | |
| 2033 | | | ✓ | | |
| 2034 | | | ✓ | | |
| 2035 | | | ✓ | | |
| 2036 | | | ✓ | | |

UNITED STATES OF AMERICA

VS.

RONALD MELE

Civil/Criminal No. 21CR392-6

| | Government | ☐ |
|---|---|---|
| | Plaintiff | ☐ |
| | Defendant | ✔ |
| | Joint | ☐ |
| | Court | ☐ |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 2037 | | 11·2·23 | ✓ | R. Mele | |
| 2038 | | | ✓ | | |
| 2002 | | | ✓ | | |
| 2008 | | 11·3·23 | ✓ | | |
| 2012 | | | ✓ | | |
| 2011 | | | ✓ | | |
| 2022 | | | ✓ | | |
| 2023 | | | ✓ | | |
| 2024 | | | ✓ | | |
| 2027 | | | ✓ | | |