UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ERIK SCOTT WARNER,<br>FELIPE ANTONIO MARTINEZ,<br>DEREK KINNISON, and<br>RONALD MELE,<br><br>*Defendants.* | Case No. 1:21-cr-392-RCL |

## NOTE TO JURY

In response to your note from Tuesday, November 7, 2023 at 12:28 p.m.:

In regard to Counts Five and Six, you asked the Court to "clarify which counts are for which defendants."

The answer is that Count Five is for Derek Kinnison and Count Six is for Erik Scott Warner. My instructions are the same for both counts.

Date: November 7, 2023

Time: 1:30 p.m.

Royce C. Lamberth
United States District Judge

1