UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal No. 21-cr-392-3(RCL) |
| ERIK WARNER, DERRICK KINNISON, | : | |
| Defendants. | : | |

### ORDER

Pending before the Court is the unopposed motion of the defendants to attend a Thursday night bible study which is a modification of their current pretrial release conditions. Finding the motion meritorious and unopposed, it is HEREBY

ORDERED that the motion is GRANTED/~~DENIED~~. The defendants may attend the same bible study on Thursday evenings.

Signed this __14th__ day of __November__, 2023.

Royce C. Lamberth
ROYCE C. LAMBERTH
United States District Judge