**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES, ) | |
| ) | |
|       Plaintiff, ) | |
| vs. ) | **Criminal Case No. 21-cr-392 (RCL)** |
| ) | |
| DEREK KINNISON, ) | **Derek Kinnison's Motion to Join Request to Stay Sentencing Filed by Ron Mele** |
| ) | |
|       Defendant. ) | |

The Defendant, Derek Kinnison, by and through his counsel, Nicolai Cocis, respectfully moves this honorable court for permission to join Defendant Ron Mele's Motion to Say Sentencing filed at ECF 411.

Date: January 8, 2024

Respectfully submitted,
DEFENDANT DEREK KINNISON
By Counsel.

BY: s/Nicolai Cocis
_____
Nicolai Cocis
(CA Bar # 204703)
Law Office of Nicolai Cocis
25026 Las Brisas Rd.
Murrieta, CA 92562
Tel: (951) 695-1400
Fax: (951) 744-0079
Email: nic@cocislaw.com

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 8, 2024, a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system, which will automatically send electronic notification of such filing to all counsel and registered parties.

                                        s/ Nicolai Cocis
                                        _____
                                        Law Offices of Nicolai Cocis
                                        25026 Las Brisas Rd.
                                        Murrieta, CA 92562
                                        Telephone: (951) 695-1400
                                        nic@cocislaw.com