UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DEREK KINNISON,<br><br>    Defendant. | Case No. 21-cr-392-5 (RCL) |

**GOVERNMENT'S OPPOSITION TO DEFENDANT'S
MOTION TO STAY SENTENCING**

Defendant Derek Kinnison has moved to join co-defendant Ronald Mele's Motion to Stay Sentencing. ECF No. 414. The United States does not oppose Kinnison's motion to join Mele's pending motion. The United States respectfully refers the Court to the arguments set forth in its opposition to Mele's motion, which apply in equal force to Kinnison's motion to stay sentencing.[1] *See* ECF 412 ("Gov't Opp.") at 3-6.

Further, in opposing Mele's Motion, the United States observed that Kinnison (as well as co-defendant Warner) will be sentenced for an additional felony violation of 18 U.S.C. § 1512(c)(1). Gov't Opp. at 7, n2. That count of conviction, which arises from Kinnison's deletion of the "DC Brigade" Telegram communications from his cellular phone to obstruct a grand jury investigation, is not implicated by the U.S. Supreme Court's grant of certiorari in *United States v. Fischer*, 64 F.4th 329 (D.C. Cir. 2023), cert. granted 23-5572. The Sentencing Guidelines recommend a substantial term of imprisonment on that conviction alone. *See* U.S.S.G. § 2J1.2(a) (establishing applicable base offense level of 14); U.S.S.G. § 2J1.2(b)(3)(B) (providing two-level enhancement where "the offense . . . involved the selection of any essential or especially probative

---

[1] At trial, Kinnison was convicted of all four charges for which Mele was convicted: violations of 18 U.S.C. §§ 1512(k), 1512(c)(2), 1752(a), and 1752(b).

record, document, or tangible object, to destroy or alter."); *see also* 18 U.S.C. § 1512(c) (providing a 20-year maximum term of imprisonment for a violation of Section 1512(c)(1)).  Additionally, Kinnison, like Mele, also faces sentencing on violations of 18 U.S.C. §§ 1752(a)(1) and (2), which are similarly unaffected by *Fischer*.  Gov't Opp. at 5-6.

Accordingly, for the reasons set forth in the Government's opposition to Mele's motion and for the additional reasons set forth here, the Government respectfully submits that Kinnison's motion to stay sentencing should be denied.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

BY:         /s/ Anthony W. Mariano
ANTHONY W. MARIANO, MA Bar No. 688559
JASON M. MANNING, NY Bar No. 4578068
TERENCE A. PARKER, NY Bar No. 5775192
Trial Attorney, Detailees
Capitol Siege Section
United States Attorney's Office
for the District of Columbia
601 D Street N.W.
Washington, DC 20530
(202) 476-0319
Anthony.Mariano2@usdoj.gov
(202) 514-6256
Jason.Manning@usdoj.gov
(202) 803-1600
Terence.Parker3@usdoj.gov