UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES,           Plaintiff,<br>vs.<br><br>DEREK KINNISON,           Defendant. | CRIMINAL NO. 21-CR-392 (RCL)<br><br>DEFENDANT KINNISON'S RESPONSE TO UNITED STATES' NOTICE OF PRETRIAL RELEASE VIOLATION |

Defendant Derek Kinnison, through his attorney, Nicolai Cocis, submits the following statement in response to the government's notice of pretrial release violation:

Your Honor,

I wanted to submit this statement and apology to the Court regarding the motion to revoke my bond. I have been on pretrial supervised release since June 10th, 2021. During this time, I have not had any issues with my supervision. I have not left my state, except for trial in DC. I have always had a good working relationship with my bond officers.

With my work in my small pressure washing business or my part-time truck driving job, I have had to frequently drive into San Diego County, which is out of my supervision district. The county line is only about twenty miles away from my home.

Sometimes I would have to go there 2-3 times a week. Each time I would ask permission from my officer via text noting that it is for work, and I would notify them via text when I got back home to my district area. Sometimes the bond officers just wanted me to let them know I was going and that I did not have to notify them when I got back.

There was a border security rally event scheduled for Saturday, February 3rd, at the San Ysidro Sports Park in San Diego County. Event Organizers were reaching out for volunteer security. As things progressed, there were threats coming in from two groups, the revolutionary communists (rev comms) and the brown beret. This caused a lot of buzz about extra security,

and subsequently half of the security volunteers dropped out. This prompted the organizers to reach out for more security staff.

It was a last-minute decision for me to go. Friday, February 2nd at 12:40 p.m., I reached out to my bond officer in my usual fashion and said I had a last-minute job come up for Saturday the 3rd.

I drove to the park and maintained a post slightly behind the stage to the side for the duration of the time. The rally was peaceful, with the exception of the revolutionary communists driving by with amplified speakers. I didn't have any tactical or security-type gear with me. The only thing I had was a medical kit.

I made no attempt to hide my face or identity. I even had a cordial conversation with an online doxxer who travels all over to photograph people who attend events to try and get them fired from their jobs or "cancelled." I have seen her before. After that I ate lunch with friends and drove home. I notified my bond officer via text at 3:07 pm that I was back home.

On Tuesday, February 12th, my bond officer called and asked what type of work I did down in San Diego. Fearfully and regrettably, I was not forthcoming with the security work I did. I mistakenly lied out of fear thinking that the security work at a political style rally would get me in some sort of trouble. I had figured work was work, I got permission to travel and notified my officer of my return home. After thinking about what I did, I realized that I should have been truthful about the security gig.

This lie has torn me up because I let myself and everyone else down. I sinned against God, I failed to lead by example in my home, and I lied to Rachel Martin, my bond officer whom I greatly respect. I always advised her to be safe in the field whenever I saw her.

With the seriousness of this bond motion, I have caused greater pain and stress to my family, and added burden to the court for which I truly am sorry. I hope that you will allow me to remain available to continue to support my family and save for the future.

Sincerely,

Derek Dean Kinnison

Date: February 16, 2024

Respectfully submitted,

s/Nicolai Cocis
Attorney for Derek Kinnison
Law Office of Nicolai Cocis
25026 Las Brisas Rd.
Murrieta, CA 92562

Tel: (951) 695-1400

Email: nic@cocislaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 16, 2024, a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system, which will automatically send electronic notification of such filing to all counsel and registered parties.

/s/ Nicolai Cocis
Attorney for Derek Kinnison