UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

DEREK KINNISON,

      Defendant.

Case No.   21-CR-392-3 (RCL)

**DEFENDANT'S SENTENCING POSITION**

Honorable Judge Lamberth:

    This letter is submitted on behalf of defendant Derek Kinnison in anticipation of his sentencing before Your Honor at 12:00 P.M. on April 19, 2024.

    Through this letter, I respectfully request Your Honor to consider a sentence for Mr. Kinnison under Title 18 USC 3553(a) that equates to a 27-month prison term and a minimal fine, taking into account his current financial status as detailed in the Presentence Investigation Report (PIR) and the ongoing civil lawsuit filed against him stemming from the same circumstances.

    Mr. Kinnison and I have reviewed Probation Officer Lusting's very thorough and professional PIR which she prepared for Your Honor. Mr. Kinnison does not object to the factual basis or the calculation of his criminal history. However, I would like to clarify the following paragraphs:

- Paragraph 119 on page 17 incorrectly states that Mr. Kinnison attends 412 Church in the City of San Jacinto. In fact, he attends 412 Church in the City of Murrieta.

- Paragraph 123 on page 18 describes Mr. Kinnison's experience over the past two years of receiving extremely offensive and harassing mail. This mail has targeted Mr. Kinnison, his wife, and their teenage daughter. Mr. Kinnison has requested that I include copies of the anonymous mail for the Court's review, in order to provide a comprehensive understanding of the situation.

Please accept our sincere apologies for the graphic nature of the enclosed content, which includes a disturbing photograph. Both Mr. Kinnison and I deeply regret the necessity of sharing such distressing material.

- Paragraph 134 on page 20 indicates that Mr. Kinnison has successfully completed an Incident Safety Awareness course, offered by the California Department of Forestry and Fire Protection. For verification, please refer to the attached Equipment Operator Card.

- Paragraph 147 on page 22 indicates that I was initially retained as Mr. Kinnison's attorney, but was later appointed under the Criminal Justice Act (CJA) during the trial. This is accurate. Mr. Kinnison and I submitted the CJA application due to the trial extending nearly two weeks beyond its projected duration. Given Mr. Kinnison's financial constraints, I was concerned that he would exhaust his resources, unable to cover the costs of accommodation, meals, and other related expenses. However, Mr. Kinnison and I wish to withdraw the CJA application. No payments were made under the CJA, and neither Mr. Kinnison nor I have received any funds from it.

- Paragraph 148 on page 22 indicates that the Pretrial Officer observed a car and a flatbed in Mr. Kinnison's backyard, which he pointed out to her. However, these vehicles did not belong to Mr. Kinnison. Instead, they were owned by his customers, and he worked on them as both a hobby and a source of income at the time. Currently, these cars are no longer present in his backyard, which is now empty. In fact, Mr. Kinnison does not own a car.

- Paragraph 149 on page 22 lists Mr. Kinnison's house value at $489,000. However, Mr. Kinnison believes the estimated value is closer to $350,000. His home is a manufactured house, which is usually valued lower than a traditional house. This discrepancy is not reflected on Zillow.com, but Redfin.com correctly lists it as a manufactured home with an estimated value of $389,000. (Please see attachment.) The house still has the original 2003 roof, which needs replacement (quoted at

$19k), along with other necessary repairs. These factors contribute to Mr. Kinnison's belief that a more accurate value is closer to $350,000.

- Paragraph 150 on page 23 indicates that Mr. Kinnison resorted to crowdfunding to raise money for his legal defense. The need for this funding arose because Mr. Kinnison found it financially impossible to simultaneously defend himself in both criminal and civil cases, as the expenses soared into six figures.

In conclusion, I respectfully suggest to Your Honor that a sentence of 27 months appropriately reflects the seriousness of Mr. Kinnison's crime. Therefore, I respectfully request that Mr. Kinnison be sentenced accordingly.

Date:   March 25, 2024                                         Respectfully submitted,

                                                                           /s/Nicolai Cocis

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 26, 2024, a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system, which will automatically send electronic notification of such filing to all counsel and registered parties.

s/ Nicolai Cocis
_____
Law Office of Nicolai Cocis
25026 Las Brisas Rd.
Murrieta, CA 92562
Telephone: (951) 695-1400
nic@cocislaw.com