Looks like you and some brothers in Christ are going to be serving some time behind bars. We're all still waiting with baited breath to hear what your "one smooth stone" defense was which you were so confident of but unwilling to share details of in advance. Or are you just too emabarrassed now to admit to it? In any case, you and those brothers in Christ are off to prison, where you belong. God works in mysterious ways.

LostNotStolen.org                                Romans 13:2

It's that time of year when Christians everywhere celebrate the birth of our saviour. And then there are you ersatz "christian" hatriots. You've displaced God with a heathen idol. You worship the orange father of lies who formerly occupied the White House. You lack any wisdom. You wholeheatedly embrace all his falsehoods, including his big lie of a stolen election. You're sheep following this wolf. Merry Christmas, you blasphemous idolators. God is not on your side. Your recompense awaits you in prison...and in hell.

LostNotStolen.org                                    Romans 13:2

From us true, American patriots to you seditious MAGA morons

LostNotStolen.org

Romans 13:2

# GUILTY!

## God has triumphed!
## Justice has prevailed!

How did that one smooth stone work out for you, Frankenstein?

LostNotStolen.org                                             Romans 13:2

## Google translations from MAGAese to English

| MAGAese | English |
| --- | --- |
| constitutional | unconstitutional |
| conservative | fascist authoritarian |
| truth | right-wing, fake news propaganda |
| peaceful protest | violent insurrection |
| legitmate political discourse | attempted coup d'etat |
| Republican | lying hyporcrite |
| innocent | guilty as hell |
| political prisoner | incarcerated insurrectionist |
| patriot | domestic terrorist |
| proud boy | fascist thug |
| Christian | christofascist |

LostNotStolen.org

Romans 13:2

Pick 5 stones or 500, it doesn't matter. At 6' 8" you're no little David. You're a Philistine hulk about to be slain by the DOJ. You cite "if God is for us, who can be against". That begs the question; why is it that the overwhelming majority of you J6ers are losing your cases and being sentenced to prision? The answer is intuitively obious to the casual observer: God is NOT on your side. Your cause isn't righteous. God doesn't support your fascist movement. God is for truth, justice and the Ameican way. None of these characterize you MAGA maggots. Conviction and prison await you, Goliath. Be best, loser boy!

LostNotStolen.org                                   Romans 13:2

Hey, Frankenstein, we love how you're teasing on GiveSendGo about your "one smooth stone" secret weapon, creating a sense of mystery, building the suspense. It'll make it that much more spectacular when you crash and burn.

LostNotStolen.org                                    Romans 13:2

Hey, Frankenstein, Looks like you and some Brothers in Christ will be serving some time behind bars. Down go you Philistines!

LostNotStolen.org        Romans 13:2

# TRUMP LOST!

## Get over it, LOSERS!

LostNotStolen.org

*Romans 13:2*

# TRUMP LOST!
## Get over it, LOSERS!

LostNotStolen.org

*Romans 13:2*

# Trump LOST! Get over it, LOSER!

LostNotStolen.org

Romans 13:2