# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DEREK KINNISON,<br><br>*Defendant.* | Case No. 1:21-cr-392-5-RCL |

## ORDER

It is hereby **ORDERED** that pages 13, 14, 15, 16, 17, and 18 of ECF No. 433-3 shall be placed under seal by the Clerk because they contain obscene content.

**SO ORDERED**.

Date: March 26, 2024

Royce C. Lamberth
United States District Judge

1