```
 1                 UNITED STATES DISTRICT AND BANKRUPTCY COURTS
                         FOR THE DISTRICT OF COLUMBIA
 2

 3   UNITED STATES OF AMERICA        Criminal No.  21-cr-00392

 4            v.                     Washington, D.C.

 5   ALAN HOSTETTER,                 April 26, 2023
     ERIK WARNER,
 6   FELIPE MARTINEZ
     DEREK KINNISON
 7   RONALD MELE,

 8               Defendants.         10:00 a.m.

 9   -------------------------/

10               TRANSCRIPT OF MOTIONS HEARING ON VIDEO
                BEFORE THE HONORABLE ROYCE C. LAMBERTH
11                 UNITED STATES DISTRICT JUDGE

12   APPEARANCES:

13   For the Government:     ANTHONY MARIANO, ESQUIRE
                             THOMAS BALLANTINE, ESQUIRE
14

15

16   For the Defendants:     KARREN KENNEY, ESQUIRE
                             KIRA ANN WEST, ESQUIRE
17                           NICHOLAS SMITH, ESQUIRE
                             NICOLAI COCIS, ESQUIRE
18                           STEVEN BAILEY, ESQUIRE

19

20
     Court Reporter          Lisa K. Bankins RMR FCRR RDR
21                           United States District Court
                             District of Columbia
22                           333 Constitution Avenue, NW
                             Washington, D.C. 20001
23

24

25   Proceedings recorded by mechanical stenography,
     transcript produced by notereading.
```

1

2                    P R O C E E D I N G S

3              THE COURTROOM DEPUTY:  Your Honor, this is Criminal

4   Case 21-392, United States of America versus Defendant 1, Alan

5   Hostetter; Defendant 3, Erik Warner; Defendant 4, Felipe

6   Martinez; Defendant 5, Derek Kinnison; and Defendant 6, Ronald

7   Mele.

8              Starting with the government, please state your

9   appearance for the record.

10             MR. MARIANO:  Good morning, Your Honor.  Anthony

11  Mariano joined by my colleague, Tom Ballantine, as well as FBI

12  Special Agents Jessica Saylo and Eric Johnson.

13             THE COURT:  All right.  Mr. Hostetter next,

14  proceeding pro se?

15             DEFENDANT HOSTETTER:  Yes, sir.  This is Alan

16  Hostetter.  My advisory counsel, Ms. Kenney, is here also.

17             THE COURT:  Okay.  And is Ms. Kenney on the line as

18  well, your standby counsel?

19             DEFENDANT HOSTETTER:  Yes, sir.

20             THE COURT:  Ms. Kenney?

21             MS. KENNEY:  Yes, Your Honor.  I'm here.

22             THE COURT:  Okay.  All right.  Ms. West next?

23             MS. WEST:  Good morning, Your Honor.  Kira Ann West

24  via Zoom with my client, Mr. Erik Warner, also via Zoom and we

25  waive our right to appear in person for this proceeding.

1          THE COURT:  Okay.  And Mr. Warner, can you raise

2    your hand?  Okay.  You can hear me okay?

3          DEFENDANT WARNER:  Yes, Your Honor.

4          THE COURT:  Okay.  And next, Mr. Martinez

5    represented by Mr. Smith.

6          MR. SMITH:  I'm here for Felipe Martinez and we are

7    waiving his appearance for purposes of today's hearing.

8          THE COURT:  Okay.  And, Mr. Martinez, you can hear

9    me okay.  Raise your hand.

10          MR. SMITH:  Mr. Martinez is not on this Zoom call,

11    Your Honor.  We are waiving his appearance for this hearing.

12          THE COURT:  Okay.  And for Mr. Kinnison?

13          MR. COCIS:  Good morning, Your Honor.  Nick Cocis on

14    behalf of Mr. Kinnison.  I'm here via Zoom.  Mr. Kinnison is

15    also appearing via Zoom.

16          THE COURT:  Okay.  And, Mr. Kinnison, you can hear

17    me okay?

18          DEFENDANT KINNISON:  Yes.  Good morning, Judge

19    Lamberth.

20          THE COURT:  Okay.  Good.  All right.  For Mr. Mele?

21          MR. BAILEY:  Steven Bailey on behalf of Ronald Mele,

22    who is appearing by Zoom.

23          THE COURT:  Okay.  And Mr. Mele, you can hear me

24    okay?

25          DEFENDANT MELE:  Yes, Your Honor.  Good morning.

1          THE COURT:  Okay.  Good morning.

2          All right.  What I wanted to do today was beginning

3   on the motion to sever and I have Mr. Hostetter's motion.  The

4   government has previously agreed if Mr. Taylor was disposed

5   of -- Mr. Taylor in the meantime has pled guilty and was not

6   required to attend today.  So I take it that the government

7   agrees to the severance motion filed by Mr. Hostetter and

8   Mr. Hostetter has also waived a trial by jury, which I have to

9   go over those steps with him.  But assuming that I go through

10  those steps with Mr. Hostetter and that's accomplished, that

11  that would be the trial that would go forward on July -- in

12  July if I granted the motion to sever.

13         Other defendants have also mostly agreed that they

14  wanted to be severed at least from Mr. Hostetter.  They may

15  have other views on the severance as well.  But I wanted to

16  ask each counsel for each defendant to state if I grant the

17  motion to sever that's pending from Mr. Hostetter now, is

18  there any other counsel who want to add anything if that's the

19  action I take today as granting Mr. Hostetter's motion to

20  sever?

21         So we'll start with -- let me start with -- since

22  Mr. Warner is already in effect severed by his entry of guilty

23  plea, I'll start with counsel for Mr. Martinez.

24         MR. SMITH:  Your Honor, we do not oppose severance.

25         THE COURT:  Okay.  And for Mr. Kinnison?

1          MR. COCIS:  We do not oppose Mr. Hostetter's

2     severance and in fact we filed our own separate motion to

3     sever.

4          THE COURT:  Right.  And for Mr. Mele?

5          MR. BAILEY:  We have no opposition to severance.

6          THE COURT:  Okay.  So the motion for severance by

7     Mr. Hostetter is granted and the waiver of jury trial -- let

8     me go over that quickly here.  Mr. Hostetter filed a waiver of

9     jury trial.  I don't have a signed consent by the United

10     States.  But I take it the United States does consent.  Am I

11     correct?

12          MR. MARIANO:  Yes, Your Honor.  We were waiting for

13     the Court's agreement as to severance, but we'll sign that

14     promptly --

15          THE COURT:  Okay.

16          MR. MARIANO:  -- given this agreement.

17          THE COURT:  All right.

18          MR. BALLANTINE:  And, Your Honor, if I may just

19     briefly?  Did the Court want to check in with counsel for

20     Mr. Warner on this same issue?  I'm not -- I think Mr. Warner

21     has not pled guilty.

22          THE COURT:  I thought he had.

23          MS. WEST:  No, no, Your Honor.  It's Russell Taylor

24     who has pled guilty.

25          THE COURT:  Oh, Taylor has pled guilty.  Okay.  I

1   have that mixed up.

2          MS. WEST:  So I filed the initial motion for

3   severance, Your Honor.  So, of course, we do not object.

4          THE COURT:  So Warner does not object.  Okay.  It's

5   Taylor who pled guilty.  Did I misstate who was -- did I

6   misstate who's the government was objecting?

7          MR. MARIANO:  No, Your Honor.  Your characterization

8   of our position was accurate.

9          THE COURT:  Okay.  All right.  So the government

10  will sign a consent to Mr. Hostetter's waiver.

11         MR. MARIANO:  Yes, Your Honor.

12         THE COURT:  Okay.  All right.  Mr. Hostetter, I have

13  to ask you a series of questions and then I will have to ask a

14  couple of things of your standby counsel as well as the

15  government.  Before I accept your waiver to a jury trial,

16  these questions have to be asked.  This is just across the

17  board of anybody that waives a trial by jury.  If you don't

18  understand any of my questions or at any time you wish to

19  consult with your standby counsel, just please say so.  But

20  it's essential to a valid waiver that you understand each

21  question before you answer my questions.

22         First of all, state your full name.

23         DEFENDANT HOSTETTER:  My name is Alan Hostetter.

24         THE COURT:  And how old are you?

25         DEFENDANT HOSTETTER:  I am 58 years old.

1          THE COURT:  How far did you go in school?

2          DEFENDANT HOSTETTER:  I have a Master's Degree in

3   public administration.

4          THE COURT:  Okay.  Are you able to speak and

5   understand English?

6          DEFENDANT HOSTETTER:  Yes, sir.

7          THE COURT:  I think you do very well at that.

8   What's your employment background?  I know you're a retired

9   police chief, but tell me other things about your background

10  and employment.

11         DEFENDANT HOSTETTER:  I spent four years in the army

12  and infantry out of high school.  I drove a truck for several

13  months as I tried to get hired by the Orange County Sheriff's

14  Department.  And then once that took place, I had a 24-year

15  law enforcement career and retired from law enforcement in

16  2010.  Did some private investigations work.  Ended up

17  teaching yoga and meditation before all this -- before life

18  changed for all of us.

19         THE COURT:  Okay.  Have you taken any drugs,

20  medicine or pills or drunk any alcoholic beverages in the past

21  24 hours?

22         DEFENDANT HOSTETTER:  No, sir.

23         THE COURT:  Okay.  Do you understand you're entitled

24  to a trial by jury on the charges filed against you?

25         DEFENDANT HOSTETTER:  Yes, sir.

1          THE COURT:  Do you understand a jury trial means you

2     would be tried by a jury consisting of 12 people?  That all of

3     the jurors must agree on the verdict?

4          DEFENDANT HOSTETTER:  Yes, sir.

5          THE COURT:  Do you understand you have the right to

6     participate in the selection of the jury?

7          DEFENDANT HOSTETTER:  Yes, I do.

8          THE COURT:  Do you understand if I approve your

9     waiver of a jury trial, the Court will try the case and

10     determine your innocence or guilt?

11          DEFENDANT HOSTETTER:  Yes, sir.  I understand.

12          THE COURT:  Have you discussed with your standby

13     counsel your right to a jury trial?

14          DEFENDANT HOSTETTER:  Yes.

15          THE COURT:  Have you discussed with your standby

16     counsel the advantages and disadvantages of a jury trial?

17          DEFENDANT HOSTETTER:  Yes.

18          THE COURT:  Would you like to discuss that issue

19     further with your standby counsel?

20          DEFENDANT HOSTETTER:  No, sir.

21          THE COURT:  All right.  Ms. Kenney, can I ask you

22     this?  Have you discussed with the defendant the advantages

23     and disadvantages of a jury trial?

24          MS. KENNEY:  Yes, Your Honor.  I have.

25          THE COURT:  Do you have any doubt that the defendant

1    is making a knowing and voluntary waiver of the right to a

2    jury trial?

3              MS. KENNEY:  No doubt at all, Your Honor.

4              THE COURT:  Has anything come to your attention

5    suggesting the defendant may not be competent to waive a jury

6    trial?

7              MS. KENNEY:  No, Your Honor.

8              THE COURT:  Thank you, Ms. Kenney.

9              Let me ask Mr. Ballantine then, has anything come to

10   your attention suggesting the defendant may be -- may not be

11   competent to waive a jury trial?

12             MR. BALLANTINE:  No, Your Honor.

13             THE COURT:  All right.  I find that the defendant is

14   competent, that he's knowingly and voluntarily waived his

15   right to a jury trial.  I approve the waiver.  I will sign the

16   waiver of jury trial and give it to the clerk to be docketed.

17             Now I originally said I would hear argument on the

18   change of venue today, but given that I have a bench trial

19   sitting here in the courtroom waiting for me right now and

20   that I've granted severance, I'll hear argument on the other

21   motions including the venue at a later date.  In the meantime,

22   I would like to supplement this change of venue briefing given

23   the severance and any intervening events.

24             So I think I will do an order allowing any

25   supplemental briefing by May 15th and then I'll hear -- I'll

1    find a date to set and hear argument.  We will have to change

2    the trial date for the additional trial then.  I'll go forward

3    with the trial that we have set for Mr. Hostetter on the

4    original trial date.  I will have to set a date for an

5    in-person hearing in May or June for Mr. Hostetter so I can

6    hear argument on his motion to dismiss and other arguments.

7         The President when he signed -- the Congress passed

8    a bill ending the CARES Act.  Well, they passed the bill

9    declaring that the emergency was over and the President signed

10   that bill.  So once he did that, our authority to continue

11   having these video conferences in criminal felony cases ended.

12   We thought it would end May 11th, but it ended when the

13   President signed that bill.  So we really have no authority to

14   continue conducting even with waiver video hearings in

15   criminal cases that we couldn't have done before the CARES

16   Act.

17        I think we can still have certain status matters

18   like this one we're doing today not in person.  But I think if

19   we're going to hear evidence -- I know if we have a plea, if

20   we have testimony, if we have a sentencing, if we have a

21   trial, it has to be in person even though all of you are from

22   California.  We no longer have even that May 11th date that we

23   thought we could do.  Under the original expiration of the

24   CARES Act, it's all out the window by the President having

25   signed that bill that Congress passed saying the emergency is

1    over.

2          So these future hearings here unless it's just a

3    scheduling matter, the defendant and counsel are going to have

4    to be present in the courtroom.  In these cases, there are

5    going to be limited circumstances we are going to be able to

6    do what we've been doing.  I know it's been more convenient

7    for everybody to do it the way we've been doing.  But the

8    legislation that the Congress and the President chose to sign

9    has taken away our authority to do these things by video even

10   with consent.

11         As we interpret the rules -- there are some further

12   guidance we are going to get from the Administrative Office of

13   U.S. Courts.  But right now the way we are interpreting what

14   we have from the Rules Committee is -- we're going to have

15   very limited authority to have video conferencing like this at

16   which the defendant is not personally present.

17         There may be some circumstances where it's

18   procedural matters where the defendant can waive his presence.

19   But I know for a plea and a sentencing and things like that,

20   the defendant is not going to be able to waive their presence.

21         For the second trial group, there was a pending

22   motion to stay some of the deadlines.  What I would like to

23   see is if all of you can work among yourselves on a new

24   proposed briefing schedule since the trial date is now going

25   to be continued for the second group.  And I won't act on

1    that.

2              The next available time I'm going to have for that

3    second trial will probably be the middle of October.  I have

4    that available.  I have almost all of November.  So that the

5    trial for the other defendants will probably be in that

6    timeframe.

7              Some of you like Ms. West may already be committed

8    to other trials anyway.  But I would like to get a trial set.

9    So what I will suggest you do is see if y'all can agree with

10   the government on something in that October range for a trial

11   date for the second group that does not include Mr. Hostetter

12   and see what you can agree on for the new deadlines for the

13   various dates that were in my prior scheduling order because

14   obviously, there's no reason to try to stick to that order now

15   with dates that have gone by when the trial is going to be

16   postponed that far.

17             For Mr. Hostetter, what I propose to do is issue a

18   new scheduling order setting forth Mr. Hostetter's obligation

19   to -- since he's going to proceed pro se to make sure that he

20   has an opportunity to consult with Ms. Kenney.  But to get

21   into place any additional motions of things that he wants to

22   get to me and to have a time, some time in June before the

23   July trial date when he can be here so I can hear his

24   arguments on his motion to dismiss he's already filed and any

25   other motions that he has in advance of the trial and so I can

1   go over the trial procedures then with him before we actually

2   get to the trial.

3           So I think with that, I've covered what I can for

4   today.  Let me see.  I'll start with Mr. Hostetter since

5   you're going to be the first up for trial to see if you want

6   to raise anything else today and then I'll see what other

7   counsel want to raise today.  Mr. Hostetter?

8           DEFENDANT HOSTETTER:  Yes, sir.  I just want to

9   clarify if I understood you correctly that if I discuss with

10  my advisory counsel the opportunity to file additional

11  motions, that I still have time to do that between now --

12          THE COURT:  Yes.  I'm going to extend you time, at

13  least a couple of weeks and see what else you want to file.

14  I'll set a schedule for the government to oppose it.

15          DEFENDANT HOSTETTER:  Okay.  Thank you, sir.

16          THE COURT:  Sure.  Any other --

17          DEFENDANT HOSTETTER:  That's all I have.

18          THE COURT:  Any other questions that counsel want to

19  raise today?

20          MS. WEST:  Yes, Your Honor.  This is Ms. West for

21  Mr. Warner.  Two short things.  One, I want the record to

22  reflect that I'm not from California.  Two --

23          THE COURT:  Yes.  True, you were arguing motions

24  before me here yesterday.  So I know you're here.  One of

25  which you won as I recall.  So you didn't lose everything.

1    MS. WEST:  That's true.  That's true.  Like the

2   other lawyers, I have not filed motions in this case.  ECF

3   Number 185, I filed a motion to vacate my motions deadline

4   after consultation with the government knowing that they were

5   going to agree to a motion to sever in this case --

6    THE COURT:  Right.

7    MS. WEST:  -- which is quite unusual as the Court

8   knows.

9    THE COURT:  I know.

10    MS. WEST:  So I just wanted to tell the Court I

11   apologize for not filing my motions.  I don't mean any

12   disrespect.  It's just that I have a trial in your court

13   starting next Monday.

14    THE COURT:  Right.

15    MS. WEST:  I have a felony trial in front of Judge

16   Bates on May 22nd.  In the interim, I have a felony fraud --

17   huge fraud sentencing in front of Judge Walton.  So I would

18   ask the Court if I could have at least until mid June to file

19   my motions.

20    THE COURT:  What I would say is see if you and the

21   government can agree since this trial is not likely to be

22   before October, see if y'all can come to an agreement on dates

23   and if you don't, I'll set a deadline for a scheduling order.

24   But if y'all can come to an agreement, I would prefer it that

25   way.  But the trial is not going to be before October.

```
 1              MS. WEST:  Yeah.  Mr. Mariano has been very helpful.
 2    So I think that we'll be able to agree.
 3              THE COURT:  Okay.
 4              MS. WEST:  Thank you, Your Honor.
 5              MR. BAILEY:  Your Honor --
 6              THE COURT:  Anyone else have --
 7              MR. BAILEY:  Your Honor, Steven Bailey on behalf of
 8    Mr. Mele.
 9              THE COURT:  Sure.
10              MR. BAILEY:  In the new scheduling order and I
11    understand we need to discuss this with the government, but
12    will the Court allow other defendants to file other motions at
13    the same time?  We didn't file a request for an extension, but
14    we do now have some additional motions we'd like to file.
15              THE COURT:  I think when the trial is going to be in
16    October, there's no reason we can't accommodate that.
17              MR. BAILEY:  Thank you, Your Honor.
18              MR. COCIS:  And, Your Honor, Nick Cocis on behalf of
19    Mr. Kinnison.  Two quick questions.  One of them is the Court
20    mentioned that you may be available in October.  Do you have
21    any dates?  Is it early October?  Is it middle October?
22              THE COURT:  It's mid.  It's mid.
23              MR. COCIS:  Mid.  All right.  And then my second
24    question is regarding appearances.  You mentioned, Your Honor,
25    that these next appearances would have to be in person.  I
```

1    don't know if the Court knows or not, is it okay, for example,

2    for me as Mr. Kinnison's lawyer to be present and for Mr.

3    Kinnison to appear via Zoom?  It would save him quite a bit of

4    time and finances in travel.

5              THE COURT:  I think the defendant has to be present.

6              MR. COCIS:  Okay.  That's all I have.  Thank you.

7              THE COURT:  And we're still looking at the issues.

8    So I'll clarify it as we get closer to an actual appearance

9    date.  But the way the Rules Committee has been looking at it

10   is I think the defendant is going to have to be here.  So that

11   I'm not going to set anything soon until we get the final word

12   from the Rules Committee interpretation.

13             MR. COCIS:  I appreciate it.  Thank you.

14             THE COURT:  And then obviously, y'all can contest

15   the ruling and I can litigate it and decide whether those

16   rules matter at some point obviously.  But I'm going to be

17   guided by what the Rules Committee says because our court will

18   do it across the board once we get a ruling from the Rules

19   Committee.  We have our own Rules Committee that will look at

20   what the national Rules Committee says.

21             MR. COCIS:  Nothing further.  Thank you.

22             THE COURT:  Sure.

23             MR. MARIANO:  Your Honor, Anthony Mariano.  A couple

24   of additional items from the United States.

25             THE COURT:  Sure.

```
 1              MR. MARIANO:  First, I understand the Court is

 2    deferring the outstanding motions to take up at another time.

 3    I did want to flag that there's been a couple of filings from

 4    Pretrial with respect to --

 5              THE COURT:  I did have one about Mr. Martinez I know

 6    we need to deal with.  Yeah.

 7              MR. MARIANO:  Exactly.  We're happy to address that

 8    at any time.

 9              MR. SMITH:  Your Honor, Mr. Smith on behalf of

10    Mr. Martinez.  I would just like an opportunity to speak to

11    Mr. Martinez about the latest pretrial filing before I address

12    the Court.  I haven't had a chance to talk to him about it

13    yet.

14              THE COURT:  Okay.  What I had was the U.S. deferred

15    to the Court and thought the additional condition proposed by

16    PSA and the probation office were reasonable.  So why don't

17    you just let me know whether you want to object to that and I

18    probably would have to have a hearing.  If the defendant wants

19    to object to those, I could have a separate hearing on that.

20              MR. SMITH:  Thank you, Your Honor.

21              THE COURT:  Okay.

22              MR. BAILEY:  Your Honor, Steven Bailey on behalf of

23    Mr. Mele.  Is it possible for the Court to give us a

24    relatively firm October date at this time?

25              THE COURT:  Let me ask my clerk what that -- I'm
```

1    pretty sure we can say October 12th.  I have a case on remand

2    from the Federal Circuit that I'm going to be doing for three

3    weeks before that.  I'm assuming I can finish it in that

4    three-week period.  It's a patent case.  So I will look

5    forward to this trial.

6            MR. COCIS:  Your Honor, I'd be happy to set a trial

7    date on October the 16th if that's okay with everybody.

8            THE COURT:  Can everybody do it October 12th if we

9    went ahead and set the date?

10           MS. WEST:  Fine with Mr. Warner.

11           THE COURT:  We could set it for that day and then

12    y'all could work backwards on the other dates.

13           MR. SMITH:  That works for Mr. Martinez, Your Honor.

14           MR. COCIS:  That works for Mr. Kinnison as well.

15           MR. MARIANO:  That works for the United States.

16           THE COURT:  All right.  That's some progress.  We'll

17    go ahead and set October 12th at 10 a.m. for the trial date

18    then.

19           MR. COCIS:  Great.

20           THE COURT:  That will block a few other trials.

21    That's good.  Okay.  That's progress, guys.

22           MR. MARIANO:  Your Honor, for the other item that I

23    wanted to raise for the United States, I know that there are

24    some pending motions.  But we did want to raise the Speedy

25    Trial Act and request that the Court exclude time on the basis

1    of the complexity of the investigations and prosecutions,

2    ongoing discovery and the need to prepare for trial.

3              THE COURT:  Yeah.  I think there are enough motions

4    pending that speedy trial is tolled anyway.  So I'm not

5    worried about that.  I got severance.  I got all kinds of

6    motions pending that will toll speedy trial.

7              All right.  Anything else today?

8              MS. KENNEY:  Yes, Your Honor.  Advisory counsel for

9    Mr. Hostetter.  This is Ms. Kenney.  I just want to confirm

10   the date of June 30th is no longer going to be required since

11   the Court granted severance and this is a bench trial set for

12   July 6th.  As advisory counsel, I don't know if I'm just

13   supposed to be present for the actual bench trial since

14   Mr. Hostetter is pro se.  I'm just trying to figure out travel

15   because I will be at a family wedding in Boston at the end of

16   June.

17             THE COURT:  I think advisory counsel would need to

18   be present for a bench trial as well.  And I don't know about

19   the June 30th.  I was thinking we would try to work out in

20   this schedule that I'm going to do now different dates.  So I

21   think maybe my clerk can talk to you in the meantime about

22   accommodating whatever that timing is because that -- we

23   probably would want to do it a little sooner than that June

24   date if I'm going to hear that motion to dismiss because if

25   there was any relief I was going to grant in connection with

1    that, I would want to do it sooner than that so that it didn't

2    affect that July 8th trial date or June -- July whatever it is

3    trial date.  But I haven't gotten into the substance of that

4    yet.  But if it's going to affect that trial date, I'd

5    probably want to do it sooner rather than later.

6            MS. KENNEY:  Okay.  So would I just be required to

7    be physically present for the bench trial on July 6th and I'm

8    available to Mr. Hostetter by phone or Zoom for the other

9    dates?

10           THE COURT:  Right.

11           MS. KENNEY:  Okay.  Thank you.

12           THE COURT:  And we'll consult further with you

13   about -- before setting those other dates and I expect to do

14   that in the next few days.  I'm getting the other order out.

15   So I can give a deadline on setting any other pro se motions

16   he wants to file.  But he should be consulting with you before

17   he files them so that you have a chance to give him advice

18   about the validity of those motions and he can accept or

19   reject your advice obviously.

20           MS. KENNEY:  Okay.  Thank you, Your Honor.

21           THE COURT:  Okay.  Any other issues anyone wants to

22   raise?

23           MS. SCHUCK:  Your Honor, this is Pretrial Services.

24           THE COURT:  Yes.

25           MS. SCHUCK:  Just a quick question.  Does the Court

1    have any type of timeframes that Pretrial Services can

2    anticipate when the violations in the report could be

3    addressed?  Pretrial had submitted a report on March 30th.

4            THE COURT:  For Mr. Martinez, I would say within

5    five days I would expect counsel to file something with me.

6            MS. SCHUCK:  Thank you, Your Honor.

7            THE COURT:  Okay.  Thanks very much, counsel.  The

8    Court will be in recess.

9            (Proceedings concluded.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    <u>CERTIFICATE OF REPORTER</u>

2

3         I, Lisa K. Bankins, an Official Court Reporter for

4    the United States District Court for the District of Columbia,

5    do hereby certify that I reported, by machine shorthand, in my

6    official capacity, the proceedings had and testimony adduced

7    upon the motions hearing in the case of the United States of

8    America versus Alan Hostetter, Criminal Number 21-cr-00392, in

9    said court on the 26th day of April, 2023.

10

11        I further certify that the foregoing 21 pages

12   constitute the official transcript of said proceedings, as

13   taken from my machine shorthand notes, together with the

14   backup tape of said proceedings to the best of my ability.

15

16        In witness whereof, I have hereto subscribed my

17   name, this 29th day of February, 2024.

18

19

20                                    *Lisa K. Bankins*

21                                    Lisa K. Bankins
                                      Official Court Reporter
22

23

24

25

**DEFENDANT HOSTETTER:**
**[18] 2/15 2/19 6/23 6/25 7/2 7/6**
**7/11 7/22 7/25 8/4 8/7 8/11 8/14**
**8/17 8/20 13/8 13/15 13/17**
**DEFENDANT KINNISON: [1]**
**3/18**
**DEFENDANT MELE: [1] 3/25**
**DEFENDANT WARNER: [1]**
**3/3**
**MR. BAILEY: [7] 3/21 5/5 15/5**
**15/7 15/10 15/17 17/22**
**MR. BALLANTINE: [2] 5/18**
**9/12**
**MR. COCIS: [10] 3/13 5/1 15/18**
**15/23 16/6 16/13 16/21 18/6 18/14**
**18/19**
**MR. MARIANO: [10] 2/10 5/12**
**5/16 6/7 6/11 16/23 17/1 17/7**
**18/15 18/22**
**MR. SMITH: [6] 3/6 3/10 4/24**
**17/9 17/20 18/13**
**MS. KENNEY: [8] 2/21 8/24 9/3**
**9/7 19/8 20/6 20/11 20/20**
**MS. SCHUCK: [3] 20/23 20/25**
**21/6**
**MS. WEST: [11] 2/23 5/23 6/2**
**13/20 14/1 14/7 14/10 14/15 15/1**
**15/4 18/10**
**THE COURT: [73]**
**THE COURTROOM DEPUTY:**
**[1] 2/3**

**0**

**00392 [2] 1/3 22/8**

**1**

**10 [1] 18/17**
**10:00 [1] 1/8**
**11th [2] 10/12 10/22**
**12 [1] 8/2**
**12th [3] 18/1 18/8 18/17**
**15th [1] 9/25**
**16th [1] 18/7**
**185 [1] 14/3**

**2**

**20001 [1] 1/22**
**2010 [1] 7/16**
**2023 [2] 1/5 22/9**
**2024 [1] 22/17**
**21 [1] 22/11**
**21-392 [1] 2/4**
**21-cr-00392 [2] 1/3 22/8**
**22nd [1] 14/16**
**24 [1] 7/21**

**24-year [1] 7/14**
**26 [1] 1/5**
**26th [1] 22/9**
**29th [1] 22/17**

**3**

**30th [3] 19/10 19/19 21/3**
**333 [1] 1/22**
**392 [1] 2/4**

**5**

**58 [1] 6/25**

**6**

**6th [2] 19/12 20/7**

**8**

**8th [1] 20/2**

**A**

**a.m [2] 1/8 18/17**
**ability [1] 22/14**
**able [4] 7/4 11/5 11/20 15/2**
**about [9] 7/9 17/5 17/11 17/12**
**19/5 19/18 19/21 20/13 20/18**
**accept [2] 6/15 20/18**
**accommodate [1] 15/16**
**accommodating [1] 19/22**
**accomplished [1] 4/10**
**accurate [1] 6/8**
**across [2] 6/16 16/18**
**act [5] 10/8 10/16 10/24 11/25**
**18/25**
**action [1] 4/19**
**actual [2] 16/8 19/13**
**actually [1] 13/1**
**add [1] 4/18**
**additional [6] 10/2 12/21 13/10**
**15/14 16/24 17/15**
**address [2] 17/7 17/11**
**addressed [1] 21/3**
**adduced [1] 22/6**
**administration [1] 7/3**
**Administrative [1] 11/12**
**advance [1] 12/25**
**advantages [2] 8/16 8/22**
**advice [2] 20/17 20/19**
**advisory [5] 2/16 13/10 19/8 19/12**
**19/17**
**affect [2] 20/2 20/4**
**after [1] 14/4**
**against [1] 7/24**
**Agents [1] 2/12**
**agree [6] 8/3 12/9 12/12 14/5**
**14/21 15/2**
**agreed [2] 4/4 4/13**

**agreement [4] 5/13 5/16 14/22**
**14/24**
**agrees [1] 4/7**
**ahead [2] 18/9 18/17**
**ALAN [5] 1/5 2/4 2/15 6/23 22/8**
**alcoholic [1] 7/20**
**all [24]**
**allow [1] 15/12**
**allowing [1] 9/24**
**almost [1] 12/4**
**already [3] 4/22 12/7 12/24**
**also [5] 2/16 2/24 3/15 4/8 4/13**
**am [2] 5/10 6/25**
**AMERICA [3] 1/3 2/4 22/8**
**among [1] 11/23**
**ANN [2] 1/16 2/23**
**another [1] 17/2**
**answer [1] 6/21**
**ANTHONY [3] 1/13 2/10 16/23**
**anticipate [1] 21/2**
**any [19] 4/18 6/18 6/18 7/19 7/20**
**8/25 9/23 9/24 12/21 12/24 13/16**
**13/18 14/11 15/21 17/8 19/25**
**20/15 20/21 21/1**
**anybody [1] 6/17**
**anyone [2] 15/6 20/21**
**anything [6] 4/18 9/4 9/9 13/6**
**16/11 19/7**
**anyway [2] 12/8 19/4**
**apologize [1] 14/11**
**appear [2] 2/25 16/3**
**appearance [4] 2/9 3/7 3/11 16/8**
**appearances [3] 1/12 15/24 15/25**
**appearing [2] 3/15 3/22**
**appreciate [1] 16/13**
**approve [2] 8/8 9/15**
**April [2] 1/5 22/9**
**are [13] 3/6 3/11 6/24 7/4 10/21**
**11/3 11/4 11/5 11/11 11/12 11/13**
**18/23 19/3**
**arguing [1] 13/23**
**argument [4] 9/17 9/20 10/1 10/6**
**arguments [2] 10/6 12/24**
**army [1] 7/11**
**as [18] 2/11 2/11 2/17 4/15 4/19**
**5/13 6/14 6/14 7/13 11/11 13/25**
**14/7 16/2 16/8 18/14 19/12 19/18**
**22/12**
**ask [7] 4/16 6/13 6/13 8/21 9/9**
**14/18 17/25**
**asked [1] 6/16**
**assuming [2] 4/9 18/3**
**attend [1] 4/6**
**attention [2] 9/4 9/10**
**authority [4] 10/10 10/13 11/9**
**11/15**

**A**

available [4]  12/2 12/4 15/20 20/8
Avenue [1]  1/22
away [1]  11/9

**B**

background [2]  7/8 7/9
backup [1]  22/14
backwards [1]  18/12
BAILEY [4]  1/18 3/21 15/7 17/22
BALLANTINE [3]  1/13 2/11 9/9
Bankins [4]  1/20 22/3 22/20 22/21
BANKRUPTCY [1]  1/1
basis [1]  18/25
Bates [1]  14/16
be [42]
because [5]  12/13 16/17 19/15
 19/22 19/24
been [6]  11/6 11/6 11/7 15/1 16/9
 17/3
before [15]  1/10 6/15 6/21 7/17
 7/17 10/15 12/22 13/1 13/24 14/22
 14/25 17/11 18/3 20/13 20/16
beginning [1]  4/2
behalf [6]  3/14 3/21 15/7 15/18
 17/9 17/22
bench [5]  9/18 19/11 19/13 19/18
 20/7
best [1]  22/14
between [1]  13/11
beverages [1]  7/20
bill [5]  10/8 10/8 10/10 10/13
 10/25
bit [1]  16/3
block [1]  18/20
board [2]  6/17 16/18
Boston [1]  19/15
briefing [3]  9/22 9/25 11/24
briefly [1]  5/19

**C**

California [2]  10/22 13/22
call [1]  3/10
can [28]
can't [1]  15/16
capacity [1]  22/6
career [1]  7/15
CARES [3]  10/8 10/15 10/24
case [7]  2/4 8/9 14/2 14/5 18/1 18/4
 22/7
cases [3]  10/11 10/15 11/4
certain [1]  10/17
CERTIFICATE [1]  21/10
certify [2]  22/5 22/11
chance [2]  17/12 20/17

change [3]  9/18 9/22 10/1
changed [1]  7/18
characterization [1]  6/7
charges [1]  7/24
check [1]  5/19
chief [1]  7/9
chose [1]  11/8
Circuit [1]  18/2
circumstances [2]  11/5 11/17
clarify [2]  13/9 16/8
clerk [3]  9/16 17/25 19/21
client [1]  2/24
closer [1]  16/8
COCIS [3]  1/17 3/13 15/18
colleague [1]  2/11
COLUMBIA [3]  1/1 1/21 22/4
come [4]  9/4 9/9 14/22 14/24
committed [1]  12/7
Committee [7]  11/14 16/9 16/12
 16/17 16/19 16/19 16/20
competent [3]  9/5 9/11 9/14
complexity [1]  19/1
concluded [1]  21/9
condition [1]  17/15
conducting [1]  10/14
conferences [1]  10/11
conferencing [1]  11/15
confirm [1]  19/9
Congress [3]  10/7 10/25 11/8
connection [1]  19/25
consent [4]  5/9 5/10 6/10 11/10
consisting [1]  8/2
constitute [1]  22/12
Constitution [1]  1/22
consult [3]  6/19 12/20 20/12
consultation [1]  14/4
consulting [1]  20/16
contest [1]  16/14
continue [2]  10/10 10/14
continued [1]  11/25
convenient [1]  11/6
correct [1]  5/11
correctly [1]  13/9
could [6]  10/23 14/18 17/19 18/11
 18/12 21/2
couldn't [1]  10/15
counsel [20]  2/16 2/18 4/16 4/18
 4/23 5/19 6/14 6/19 8/13 8/16 8/19
 11/3 13/7 13/10 13/18 19/8 19/12
 19/17 21/5 21/7
County [1]  7/13
couple [4]  6/14 13/13 16/23 17/3
course [1]  6/3
court [24]
Court's [1]  5/13
courtroom [2]  9/19 11/4

**COURTS [2]  1/1 1/13**

covered [1]  13/3
cr [2]  1/3 22/8
criminal [5]  1/3 2/3 10/11 10/15
 22/8

**D**

D.C [2]  1/4 1/22
date [19]  9/21 10/1 10/2 10/4 10/4
 10/22 11/24 12/11 12/23 16/9
 17/24 18/7 18/9 18/17 19/10 19/24
 20/2 20/3 20/4
dates [8]  12/13 12/15 14/22 15/21
 18/12 19/20 20/9 20/13
day [3]  18/11 22/9 22/17
days [2]  20/14 21/5
deadline [3]  14/3 14/23 20/15
deadlines [2]  11/22 12/12
deal [1]  17/6
decide [1]  16/15
declaring [1]  10/9
defendant [18]  2/4 2/5 2/5 2/6 2/6
 4/16 8/22 8/25 9/5 9/10 9/13 11/3
 11/16 11/18 11/20 16/5 16/10
 17/18
defendants [5]  1/8 1/16 4/13 12/5
 15/12
deferred [1]  17/14
deferring [1]  17/2
Degree [1]  7/2
Department [1]  7/14
DEREK [2]  1/6 2/6
determine [1]  8/10
did [9]  5/19 6/5 6/5 7/1 7/16 10/10
 17/3 17/5 18/24
didn't [3]  13/25 15/13 20/1
different [1]  19/20
disadvantages [2]  8/16 8/23
discovery [1]  19/2
discuss [3]  8/18 13/9 15/11
discussed [3]  8/12 8/15 8/22
dismiss [3]  10/6 12/24 19/24
disposed [1]  4/4
disrespect [1]  14/12
DISTRICT [7]  1/1 1/1 1/11 1/21
 1/21 22/4 22/4
do [29]
docketed [1]  9/16
does [4]  5/10 6/4 12/11 20/25
doing [4]  10/18 11/6 11/7 18/2
don't [8]  5/9 6/17 14/11 14/23 16/1
 17/16 19/12 19/18
done [1]  10/15
doubt [2]  8/25 9/3
drove [1]  7/12
drugs [1]  7/19

**D**

drunk [1]  7/20

**E**

each [3]  4/16 4/16 6/20
early [1]  15/21
ECF [1]  14/22
effect [1]  4/22
else [4]  13/6 13/13 15/6 19/7
emergency [2]  10/9 10/25
employment [2]  7/8 7/10
end [2]  10/12 19/15
ended [3]  7/16 10/11 10/12
ending [1]  10/8
enforcement [2]  7/15 7/15
English [1]  7/5
enough [1]  19/3
entitled [1]  7/23
entry [1]  4/22
Eric [1]  2/12
ERIK [3]  1/5 2/5 2/24
ESQUIRE [7]  1/13 1/13 1/16 1/16
 1/17 1/17 1/18
essential [1]  6/20
even [4]  10/14 10/21 10/22 11/9
events [1]  9/23
everybody [3]  11/7 18/7 18/8
everything [1]  13/25
evidence [1]  10/19
Exactly [1]  17/7
example [1]  16/1
exclude [1]  18/25
expect [2]  20/13 21/5
expiration [1]  10/23
extend [1]  13/12
extension [1]  15/13

**F**

fact [1]  5/2
family [1]  19/15
far [2]  7/1 12/16
FBI [1]  2/11
FCRR [1]  1/20
February [1]  22/17
Federal [1]  18/2
FELIPE [3]  1/6 2/5 3/6
felony [3]  10/11 14/15 14/16
few [2]  18/20 20/14
figure [1]  19/14
file [8]  13/10 13/13 14/18 15/12
 15/13 15/14 20/16 21/5
filed [8]  4/7 5/2 5/8 6/2 7/24 12/24
 14/2 14/3
files [1]  20/17
filing [2]  14/11 17/11

filings [1]  17/3
final [1]  16/11
finances [1]  16/4
find [2]  9/13 10/1
Fine [1]  18/10
finish [1]  18/3
firm [1]  17/24
first [3]  6/22 13/5 17/1
five [1]  21/5
flag [1]  17/3
foregoing [1]  22/11
forth [1]  12/18
forward [3]  4/11 10/2 18/5
four [1]  7/11
fraud [2]  14/16 14/17
front [2]  14/15 14/17
full [1]  6/22
further [5]  8/19 11/11 16/21 20/12
 22/11
future [1]  11/2

**G**

get [9]  7/13 11/12 12/8 12/20 12/22
 13/2 16/8 16/11 16/18
getting [1]  20/14
give [4]  9/16 17/23 20/15 20/17
given [3]  5/16 9/18 9/22
go [8]  4/9 4/9 4/11 5/8 7/1 10/2
 13/1 18/17
going [25]
gone [1]  12/15
good [8]  2/10 2/23 3/13 3/18 3/20
 3/25 4/1 18/21
got [2]  19/5 19/5
gotten [1]  20/3
government [12]  1/13 2/8 4/4 4/6
 6/6 6/9 6/15 12/10 13/14 14/4
 14/21 15/11
grant [2]  4/16 19/25
granted [4]  4/12 5/7 9/20 19/11
granting [1]  4/19
Great [1]  18/19
group [3]  11/21 11/25 12/11
guidance [1]  11/12
guided [1]  16/17
guilt [1]  8/10
guilty [6]  4/5 4/22 5/21 5/24 5/25
 6/5
guys [1]  18/21

**H**

had [6]  5/22 7/14 17/12 17/14 21/3
 22/6
hand [2]  3/2 3/9
happy [2]  17/7 18/6
has [15]  4/4 4/5 4/8 5/21 5/24 5/25

 9/4 9/9 10/21 11/9 12/20 12/25
 15/1 16/5 16/9
have [61]
haven't [2]  17/12 20/3
having [2]  10/11 10/24
he [11]  5/22 10/7 10/10 12/19
 12/21 12/23 12/25 20/16 20/16
 20/17 20/18
he's [3]  9/14 12/19 12/24
hear [12]  3/2 3/8 3/16 3/23 9/17
 9/20 9/25 10/1 10/6 10/19 12/23
 19/24
hearing [7]  1/10 3/7 3/11 10/5
 17/18 17/19 22/7
hearings [2]  10/14 11/2
helpful [1]  15/1
here [11]  2/16 2/21 3/6 3/14 5/8
 9/19 11/2 12/23 13/24 13/24 16/10
hereby [1]  22/5
hereto [1]  22/16
high [1]  7/12
him [5]  4/9 13/1 16/3 17/12 20/17
hired [1]  7/13
his [8]  3/7 3/11 4/22 9/14 10/6
 11/18 12/23 12/24
Honor [37]
HONORABLE [1]  1/10
HOSTETTER [23]
Hostetter's [5]  4/3 4/19 5/1 6/10
 12/18
hours [1]  7/21
how [2]  6/24 7/1
huge [1]  14/17

**I**

I'd [2]  18/6 20/4
I'll [10]  4/23 9/20 9/25 9/25 10/2
 13/4 13/6 13/14 14/23 16/8
I'm [19]  2/21 3/6 3/14 5/20 12/2
 12/12 13/22 16/11 16/16 17/25
 18/2 18/3 19/4 19/12 19/14 19/20
 19/24 20/7 20/14
I've [2]  9/20 13/3
include [1]  12/11
including [1]  9/21
infantry [1]  7/12
initial [1]  6/2
innocence [1]  8/10
interim [1]  14/16
interpret [1]  11/11
interpretation [1]  16/12
interpreting [1]  11/13
intervening [1]  9/23
investigations [2]  7/16 19/1
is [46]
issue [3]  5/20 8/18 12/17

**I**

issues [2]  16/7 20/21
it [28]
it's [12]  5/23 6/4 6/20 10/24 11/2
 11/6 11/17 14/12 15/22 15/22 18/4
 20/4
item [1]  18/22
items [1]  16/24

**J**

Jessica [1]  2/12
Johnson [1]  2/12
joined [1]  2/11
JUDGE [4]  1/11 3/18 14/15 14/17
July [7]  4/11 4/12 12/23 19/12 20/2
 20/2 20/7
July 6th [2]  19/12 20/7
July 8th [1]  20/2
June [8]  10/5 12/22 14/18 19/10
 19/16 19/19 19/23 20/2
June 30th [2]  19/10 19/19
jurors [1]  8/3
jury [18]  4/8 5/7 5/9 6/15 6/17
 7/24 8/1 8/2 8/6 8/9 8/13 8/16 8/23
 9/2 9/5 9/11 9/15 9/16
just [14]  5/18 6/16 6/19 11/2 13/8
 14/10 14/12 17/10 17/17 19/9
 19/12 19/14 20/6 20/25

**K**

KARREN [1]  1/16
KENNEY [8]  1/16 2/16 2/17 2/20
 8/21 9/8 12/20 19/9
kinds [1]  19/5
KINNISON [10]  1/6 2/6 3/12 3/14
 3/14 3/16 4/25 15/19 16/3 18/14
Kinnison's [1]  16/2
KIRA [2]  1/16 2/23
know [12]  7/8 10/19 11/6 11/19
 13/24 14/9 16/1 17/5 17/17 18/23
 19/12 19/18
knowing [2]  9/1 14/4
knowingly [1]  9/14
knows [2]  14/8 16/1

**L**

LAMBERTH [2]  1/10 3/19
later [2]  9/21 20/5
latest [1]  17/11
law [2]  7/15 7/15
lawyer [1]  16/2
lawyers [1]  14/2
least [3]  4/14 13/13 14/18
legislation [1]  11/8
let [6]  4/21 5/7 9/9 13/4 17/17
 17/25

life [1]  7/17
like [11]  8/18 9/22 10/18 11/15
 11/19 11/22 12/7 12/8 14/1 15/14
 17/10
likely [1]  14/21
limited [2]  11/5 11/15
line [1]  2/17
Lisa [4]  1/20 22/3 22/20 22/21
litigate [1]  16/15
little [1]  19/23
longer [2]  10/22 19/10
look [2]  16/19 18/4
looking [2]  16/7 16/9
lose [1]  13/25

**M**

machine [2]  22/5 22/13
make [1]  12/19
making [1]  9/1
March [1]  21/3
MARIANO [4]  1/13 2/11 15/1
 16/23
MARTINEZ [12]  1/6 2/6 3/4 3/6
 3/8 3/10 4/23 17/5 17/10 17/11
 18/13 21/4
Master's [1]  7/2
matter [2]  11/3 16/16
matters [2]  10/17 11/18
may [13]  4/14 5/18 9/5 9/10 9/10
 9/25 10/5 10/12 10/22 11/17 12/7
 14/16 15/20
May 11th [2]  10/12 10/22
May 15th [1]  9/25
maybe [1]  19/21
me [16]  3/2 3/9 3/17 3/23 4/21 5/8
 7/9 9/9 9/19 12/22 13/4 13/24 16/2
 17/17 17/25 21/5
mean [1]  14/11
means [1]  8/1
meantime [3]  4/5 9/21 19/21
mechanical [1]  1/25
medicine [1]  7/20
meditation [1]  7/17
MELE [8]  1/7 2/7 3/20 3/21 3/23
 5/4 15/8 17/23
mentioned [2]  15/20 15/24
mid [4]  14/18 15/22 15/22 15/23
middle [2]  12/3 15/21
misstate [2]  6/5 6/6
mixed [1]  6/1
Monday [1]  14/13
months [1]  7/13
more [1]  11/6
morning [6]  2/10 2/23 3/13 3/18
 3/25 4/1
mostly [1]  4/13

motion [15]  4/3 4/3 4/7 4/12 4/17
 4/19 5/2 5/6 6/2 10/6 11/22 12/24
 14/3 14/5 19/24
motions [19]  1/10 9/21 12/21
 12/25 13/11 13/23 14/2 14/3 14/11
 14/19 15/12 15/14 17/2 18/24 19/3
 19/6 20/15 20/18 22/7
Mr [6]  3/14 3/14 4/4 4/5 15/8 16/2
Mr. [53]
Mr. Ballantine [1]  9/9
Mr. Erik [1]  2/24
Mr. Hostetter [18]  2/13 4/7 4/8
 4/10 4/14 4/17 5/7 5/8 6/12 10/3
 10/5 12/11 12/17 13/4 13/7 19/9
 19/14 20/8
Mr. Hostetter's [5]  4/3 4/19 5/1
 6/10 12/18
Mr. Kinnison [5]  3/12 3/16 4/25
 15/19 18/14
Mr. Kinnison's [1]  16/2
Mr. Mariano [1]  15/1
Mr. Martinez [9]  3/4 3/8 3/10 4/23
 17/5 17/10 17/11 18/13 21/4
Mr. Mele [4]  3/20 3/23 5/4 17/23
Mr. Smith [2]  3/5 17/9
Mr. Warner [6]  3/1 4/22 5/20 5/20
 13/21 18/10
Ms [2]  2/17 9/8
Ms. [8]  2/16 2/20 2/22 8/21 12/7
 12/20 13/20 19/9
Ms. Kenney [5]  2/16 2/20 8/21
 12/20 19/9
Ms. West [3]  2/22 12/7 13/20
much [1]  21/7
must [1]  8/3
my [18]  2/11 2/16 2/24 6/18 6/21
 6/23 12/13 13/10 14/3 14/11 14/19
 15/23 17/25 19/21 22/5 22/13
 22/14 22/16

**N**

name [3]  6/22 6/23 22/17
national [1]  16/20
need [4]  15/11 17/6 19/2 19/17
new [4]  11/23 12/12 12/18 15/10
next [7]  2/13 2/22 3/4 12/2 14/13
 15/25 20/14
NICHOLAS [1]  1/17
Nick [2]  3/13 15/18
NICOLAI [1]  1/17
no [15]  1/3 5/5 5/23 5/23 6/7 7/22
 8/20 9/3 9/7 9/12 10/13 10/22
 12/14 15/16 19/10
not [22]  3/10 4/5 4/24 5/1 5/20
 5/21 6/3 6/4 9/5 9/10 10/18 11/16
 11/20 12/11 13/22 14/2 14/11

## N

not... [5] 14/21 14/25 16/1 16/11 19/4
notereading [1] 1/25
notes [1] 22/13
Nothing [1] 16/21
November [1] 12/4
now [9] 4/17 9/17 9/19 11/13 11/24 12/14 13/11 15/14 19/20
Number [2] 14/3 22/8
NW [1] 1/22

## O

object [4] 6/3 6/4 17/17 17/19
objecting [1] 6/6
obligation [1] 12/18
obviously [4] 12/14 16/14 16/16 20/19
October [13] 12/3 12/10 14/22 14/25 15/16 15/20 15/21 15/21 17/24 18/1 18/7 18/8 18/17
October 12th [3] 18/1 18/8 18/17
October the [1] 18/7
office [2] 11/12 17/16
official [4] 22/3 22/6 22/12 22/21
Oh [1] 5/25
okay [38]
old [2] 6/24 6/25
once [3] 7/14 10/10 16/18
one [5] 10/18 13/21 13/24 15/19 17/5
ongoing [1] 19/2
opportunity [3] 12/20 13/10 17/10
oppose [3] 4/24 5/1 13/14
opposition [1] 5/5
Orange [1] 7/13
order [7] 9/24 12/13 12/14 12/18 14/23 15/10 20/14
original [2] 10/4 10/23
originally [1] 9/17
other [23]
our [7] 2/25 5/2 6/8 10/10 11/9 16/17 16/19
out [5] 7/12 10/24 19/14 19/19 20/14
outstanding [1] 17/2
over [5] 4/9 5/8 10/9 11/1 13/1
own [2] 5/2 16/19

## P

pages [1] 22/11
participate [1] 8/6
passed [3] 10/7 10/8 10/25
past [1] 7/20
patent [1] 18/4

pending [5] 4/17 11/21 18/24 19/4 19/6
people [1] 8/2
period [1] 18/4
person [5] 2/25 10/5 10/18 10/21 15/25
personally [1] 11/16
phone [1] 20/8
physically [1] 20/7
pills [1] 7/20
place [2] 7/14 12/21
plea [3] 4/23 10/19 11/19
please [2] 2/8 6/19
pled [5] 4/5 5/21 5/24 5/25 6/5
point [1] 16/16
police [1] 7/9
position [1] 6/8
possible [1] 17/23
postponed [1] 12/16
prefer [1] 14/24
prepare [1] 19/2
presence [2] 11/18 11/20
present [7] 11/4 11/16 16/2 16/5 19/13 19/18 20/7
President [5] 10/7 10/9 10/13 10/24 11/8
pretrial [5] 17/4 17/11 20/23 21/1 21/3
pretty [1] 18/1
previously [1] 4/4
prior [1] 12/13
private [1] 7/16
pro [4] 2/14 12/19 19/14 20/15
probably [5] 12/3 12/5 17/18 19/23 20/5
probation [1] 17/16
procedural [1] 11/18
procedures [1] 13/1
proceed [1] 12/19
proceeding [2] 2/14 2/25
proceedings [5] 1/25 21/9 22/6 22/12 22/14
produced [1] 1/25
progress [2] 18/16 18/21
promptly [1] 5/14
propose [1] 12/17
proposed [2] 11/24 17/15
prosecutions [1] 19/1
PSA [1] 17/16
public [1] 7/3
purposes [1] 3/7

## Q

question [3] 6/21 15/24 20/25
questions [6] 6/13 6/16 6/18 6/21 13/18 15/19

quick [2] 15/19 20/25
quickly [1] 5/8
quite [2] 14/7 16/3

## R

raise [8] 3/1 3/9 13/6 13/7 13/19 18/23 18/24 20/22
range [1] 12/10
rather [1] 20/5
RDR [1] 1/20
really [1] 10/13
reason [2] 12/14 15/16
reasonable [1] 17/16
recall [1] 13/25
recess [1] 21/8
record [2] 2/9 13/21
recorded [1] 1/25
reflect [1] 13/22
regarding [1] 15/24
reject [1] 20/19
relatively [1] 17/24
relief [1] 19/25
remand [1] 18/1
report [2] 21/2 21/3
reported [1] 22/5
Reporter [4] 1/20 22/1 22/3 22/21
represented [1] 3/5
request [2] 15/13 18/25
required [3] 4/6 19/10 20/6
respect [1] 17/4
retired [2] 7/8 7/15
right [23]
RMR [1] 1/20
RONALD [3] 1/7 2/6 3/21
ROYCE [1] 1/10
rules [9] 11/11 11/14 16/9 16/12 16/16 16/17 16/18 16/19 16/20
ruling [2] 16/15 16/18
Russell [1] 5/23

## S

said [4] 9/17 22/9 22/12 22/14
same [2] 5/20 15/13
save [1] 16/3
say [4] 6/19 14/20 18/1 21/4
saying [1] 10/25
Saylo [1] 2/12
says [2] 16/17 16/20
schedule [3] 11/24 13/14 19/20
scheduling [5] 11/3 12/13 12/18 14/23 15/10
school [2] 7/1 7/12
se [4] 2/14 12/19 19/14 20/15
second [5] 11/21 11/25 12/3 12/11 15/23
see [9] 11/23 12/9 12/12 13/4 13/5

**S**

see... [4]  13/6 13/13 14/20 14/22
selection [1]  8/6
sentencing [3]  10/20 11/19 14/17
separate [2]  5/2 17/19
series [1]  6/13
Services [2]  20/23 21/1
set [12]  10/1 10/3 10/4 12/8 13/14
 14/23 16/11 18/6 18/9 18/11 18/17
 19/11
setting [3]  12/18 20/13 20/15
sever [6]  4/3 4/12 4/17 4/20 5/3
 14/5
several [1]  7/12
severance [12]  4/7 4/15 4/24 5/2
 5/5 5/6 5/13 6/3 9/20 9/23 19/5
 19/11
severed [2]  4/14 4/22
Sheriff's [1]  7/13
short [1]  13/21
shorthand [2]  22/5 22/13
should [1]  20/16
sign [4]  5/13 6/10 9/15 11/8
signed [5]  5/9 10/7 10/9 10/13
 10/25
since [7]  4/21 11/24 12/19 13/4
 14/21 19/10 19/13
sir [10]  2/15 2/19 7/6 7/22 7/25 8/4
 8/11 8/20 13/8 13/15
sitting [1]  9/19
SMITH [3]  1/17 3/5 17/9
so [33]
some [10]  7/16 11/11 11/17 11/22
 12/7 12/22 15/14 16/16 18/16
 18/24
something [2]  12/10 21/5
soon [1]  16/11
sooner [3]  19/23 20/1 20/5
speak [2]  7/4 17/10
Special [1]  2/12
speedy [3]  18/24 19/4 19/6
spent [1]  7/11
standby [6]  2/18 6/14 6/19 8/12
 8/15 8/19
start [4]  4/21 4/21 4/23 13/4
starting [2]  2/8 14/13
state [3]  2/8 4/16 6/22
STATES [12]  1/1 1/3 1/11 1/21 2/4
 5/10 5/10 16/24 18/15 18/23 22/4
 22/7
status [1]  10/17
stay [1]  11/22
stenography [1]  1/25
steps [2]  4/9 4/10
STEVEN [4]  1/18 3/21 15/7 17/22

stick [1]  12/14
still [3]  10/17 13/11 16/7
submitted [1]  21/3
subscribed [1]  22/16
substance [1]  20/3
suggest [1]  12/9
suggesting [2]  9/5 9/10
supplement [1]  9/22
supplemental [1]  9/25
supposed [1]  19/13
sure [6]  12/19 13/16 15/9 16/22
 16/25 18/1

**T**

take [4]  4/6 4/19 5/10 17/2
taken [3]  7/19 11/9 22/13
talk [2]  17/12 19/21
tape [1]  22/14
Taylor [5]  4/4 4/5 5/23 5/25 6/5
teaching [1]  7/17
tell [2]  7/9 14/10
testimony [2]  10/20 22/6
than [3]  19/23 20/1 20/5
Thank [11]  9/8 13/15 15/4 15/17
 16/6 16/13 16/21 17/20 20/11
 20/20 21/6
Thanks [1]  21/7
that [96]
that's [11]  4/10 4/17 4/18 13/17
 14/1 14/1 16/6 18/7 18/16 18/21
 18/21
their [1]  11/20
them [2]  15/19 20/17
then [11]  6/13 7/14 9/9 9/25 10/2
 13/1 13/6 15/23 16/14 18/11 18/18
there [8]  4/18 11/4 11/11 11/17
 11/21 18/23 19/3 19/25
there's [3]  12/14 15/16 17/3
these [6]  6/16 10/11 11/2 11/4 11/9
 15/25
they [4]  4/13 4/14 10/8 14/4
things [6]  6/14 7/9 11/9 11/19
 12/21 13/21
think [13]  5/20 7/7 9/24 10/17
 10/18 13/3 15/2 15/15 16/5 16/10
 19/3 19/17 19/21
thinking [1]  19/19
this [25]
THOMAS [1]  1/13
those [6]  4/9 4/10 16/15 17/19
 20/13 20/18
though [1]  10/21
thought [4]  5/22 10/12 10/23 17/15
three [2]  18/2 18/4
three-week [1]  18/4
through [1]  4/9

time [12]  6/18 12/2 12/22 12/22
 13/11 13/12 15/13 16/4 17/2 17/8
 17/24 18/25
timeframe [1]  12/6
timeframes [1]  21/1
timing [1]  19/22
today [10]  4/2 4/6 4/19 9/18 10/18
 13/4 13/6 13/7 13/19 19/7
today's [1]  3/7
together [1]  22/13
toll [1]  19/6
tolled [1]  19/4
Tom [1]  2/11
took [1]  7/14
transcript [3]  1/10 1/25 22/12
travel [2]  16/4 19/14
trial [54]
trials [2]  12/8 18/20
tried [2]  7/13 8/2
truck [1]  7/12
true [3]  13/23 14/1 14/1
try [3]  8/9 12/14 19/19
trying [1]  19/14
Two [3]  13/21 13/22 15/19
type [1]  21/1

**U**

U.S [2]  11/13 17/14
Under [1]  10/23
understand [10]  6/18 6/20 7/5
 7/23 8/1 8/5 8/8 8/11 15/11 17/1
understood [1]  13/9
UNITED [12]  1/1 1/3 1/11 1/21
 2/4 5/9 5/10 16/24 18/15 18/23
 22/4 22/7
unless [1]  11/2
until [2]  14/18 16/11
unusual [1]  14/7
up [4]  6/1 7/16 13/5 17/2
upon [1]  22/7
us [2]  7/18 17/23

**V**

vacate [1]  14/3
valid [1]  6/20
validity [1]  20/18
various [1]  12/13
venue [3]  9/18 9/21 9/22
verdict [1]  8/3
versus [2]  2/4 22/8
very [4]  7/7 11/15 15/1 21/7
via [5]  2/24 2/24 3/14 3/15 16/3
video [5]  1/10 10/11 10/14 11/9
 11/15
views [1]  4/15
violations [1]  21/2

**V**

voluntarily [1]  9/14
voluntary [1]  9/1

**W**

waiting [2]  5/12 9/19
waive [5]  2/25 9/5 9/11 11/18
 11/20
waived [2]  4/8 9/14
waiver [10]  5/7 5/8 6/10 6/15 6/20
 8/9 9/1 9/15 9/16 10/14
waives [1]  6/17
waiving [2]  3/7 3/11
Walton [1]  14/17
want [15]  4/18 5/19 13/5 13/7 13/8
 13/13 13/18 13/21 17/3 17/17
 18/24 19/9 19/23 20/1 20/5
wanted [5]  4/2 4/14 4/15 14/10
 18/23
wants [4]  12/21 17/18 20/16 20/21
WARNER [10]  1/5 2/5 2/24 3/1
 4/22 5/20 5/20 6/4 13/21 18/10
was [12]  4/2 4/4 4/5 6/5 6/6 6/8
 10/9 11/21 17/14 19/19 19/25
 19/25
Washington [2]  1/4 1/22
way [4]  11/7 11/13 14/25 16/9
we [43]
we'd [1]  15/14
we'll [5]  4/21 5/13 15/2 18/16
 20/12
we're [5]  10/18 10/19 11/14 16/7
 17/7
we've [2]  11/6 11/7
wedding [1]  19/15
week [1]  18/4
weeks [2]  13/13 18/3
well [8]  2/11 2/18 4/15 6/14 7/7
 10/8 18/14 19/18
went [1]  18/9
were [5]  5/12 12/13 13/23 14/4
 17/16
WEST [5]  1/16 2/22 2/23 12/7
 13/20
what [15]  4/2 11/6 11/13 11/22
 12/9 12/12 12/17 13/3 13/6 13/13
 14/20 16/17 16/20 17/14 17/25
What's [1]  7/8
whatever [2]  19/22 20/2
when [6]  10/7 10/12 12/15 12/23
 15/15 21/2
where [2]  11/17 11/18
whereof [1]  22/16
whether [2]  16/15 17/17
which [4]  4/8 11/16 13/25 14/7

who [5]  3/22 4/18 5/24 6/5 6/5
who's [1]  6/6
why [1]  17/16
will [18]  6/10 6/13 8/9 9/15 9/24
 10/1 10/4 12/3 12/5 12/9 15/12
 16/17 16/19 18/4 18/20 19/6 19/15
 21/8
window [1]  10/24
wish [1]  6/18
within [1]  21/4
witness [1]  22/16
won [1]  13/25
won't [1]  11/25
word [1]  16/11
work [4]  7/16 11/23 18/12 19/19
works [3]  18/13 18/14 18/15
worried [1]  19/5
would [23]

**Y**

y'all [5]  12/9 14/22 14/24 16/14
 18/12
Yeah [3]  15/1 17/6 19/3
year [1]  7/14
years [2]  6/25 7/11
Yes [22]  2/15 2/19 2/21 3/3 3/18
 3/25 5/12 6/11 7/6 7/25 8/4 8/7
 8/11 8/14 8/17 8/24 13/8 13/12
 13/20 13/23 19/8 20/24
yesterday [1]  13/24
yet [2]  17/13 20/4
yoga [1]  7/17
you [62]
you're [4]  7/8 7/23 13/5 13/24
your [58]
yourselves [1]  11/23

**Z**

Zoom [8]  2/24 2/24 3/10 3/14 3/15
 3/22 16/3 20/8