UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA       :
                               :
v.                             :    Case No. 21-CR-392-5 (RCL)
                               :
DEREK KENNISON,                :
                               :
      Defendant.               :

## ORDER

Pending before the Court is an unopposed motion of the United States for a two-week extension of time to respond to Mr. Kennison's MOTION for Refund of Restitution and the Special Assessment. The motion is unopposed and meritorious, it is ORDERED that the motion is GRANTED. Response to the motion shall be filed on or before April 15, 2025.

Signed this 10th day of ____April____, 2025.

_____
ROYCE C. LAMBERTH
United States District Judge

1