United States District Court

District of Columbia

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>v.<br><br>Derek Kinnison,<br><br>   Defendant. | Case No. 1:21-cr-00392-RCL-5 |

## Notice of Appeal

 Notice is given that Defendant Derek Kinnison appeals from any adverse rulings and determinations in this matter to the United States Court of Appeals for the District of Columbia Circuit from the Order Denying the Motion for Refund of Restitution and Special Assessment entered on August 13, 2025 (ECF No. 546).

 **Dated:** August 26, 2025.

             Respectfully submitted,

             RENE L. VALLADARES
             Federal Public Defender

       By: */s/Rohit Rajan*
             ROHIT RAJAN
             Assistant Federal Public Defender
             Federal Public Defender
             411 E. Bonneville Ave., Ste. 250
             Las Vegas, NV 89101
             Rohit_Rajan@fd.org

             Attorney for Derek Kinnison

**Certificate of Electronic Service**

I certify that on August 26, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. Participants registered CM/ECF users will be served by the CM/ECF system. The following non-CM/ECF participants will be served by U.S. Mail: Mr. Derek Kinnison.

*/s/ Cecilia Valencia*
Employee of the Federal Public Defender